**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __**11**__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **East Texas Machining & Manufacturing LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 4  7  –  2  4  3  3  4  4  0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **13864 CR 4196 D**<br>Number    Street | _____<br>Number    Street |
| _____ | _____<br>P.O. Box |
| **Henderson**        **TX**    **75651**<br>City                State    ZIP Code | _____<br>City                State    ZIP Code |
| **Rusk**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number    Street |
| | _____<br>City                State    ZIP Code |

5. **Debtor's website (URL)**    **https://foldar.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __**East Texas Machining & Manufacturing LLC**_____    Case number (if known) _____

**7.    Describe debtor's business**

*A.  Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑  None of the above

*B.  Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__3__  __3__  __2__  __9__

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐  Chapter 7
☐  Chapter 9
☑  Chapter 11.   *Check all that apply:*

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

Debtor  **East Texas Machining & Manufacturing LLC** _____  Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| | | ☐ Yes. District _____ When _____ Case number _____ <br> MM / DD / YYYY |
| | If more than 2 cases, attach a separate list. | District _____ When _____ Case number _____ <br> MM / DD / YYYY |
| | | District _____ When _____ Case number _____ <br> MM / DD / YYYY |

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | List all cases. If more than 1, attach a separate list. | District _____ When _____ <br> MM / DD / YYYY |
| | | Case number, if known _____ |
| | | Debtor _____ Relationship _____ |
| | | District _____ When _____ <br> MM / DD / YYYY |
| | | Case number, if known _____ |

11. **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **East Texas Machining & Manufacturing LLC**                    Case number (if known) _____

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
Number        Street

_____

_____
City                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

## Statistical and adminstrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** **Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15.** **Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor **East Texas Machining & Manufacturing LLC** _____   Case number (if known) _____

| **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/14/2023**
MM / DD / YYYY

X **/s/ Corby Hall**
Signature of authorized representative of debtor

**Corby Hall**
Printed name

**Managing Member**
Title

**18.  Signature of attorney**

X **/s/ Michael E Gazette**   Date **12/14/2023**
Signature of attorney for debtor   MM / DD / YYYY

**Michael E Gazette**
Printed name

**Law Offices of Michael E Gazette**
Firm name

**100 E Ferguson Street Suite 1000**
Number       Street

_____

**Tyler**   **TX**   **75702**
City   State   ZIP Code

**(903) 596-9911**   **megazette@suddenlinkmail.com**
Contact phone   Email address

**077845000**   **TX**
Bar number   State

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **East Texas Machining & Manufacturing LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.** Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

**Be as complete and accurate as possible.**  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.**

### Part 1:   Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☐   No.  Go to Part 2.
☑   Yes.  Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

2.   **Cash on hand**                                                                                           $0.00

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | |
|---|---|---|---|---|---|---|---|
| 3.1. | **Checking account at Texas Bank and Trust** | **Checking account** | 3 | 9 | 6 | 5 | $10,693.23 |
| 3.2. | **Checking account at PNC** | **Checking account** | 8 | 3 | 7 | 8 | $21,868.48 |
| 3.3. | **Checking account at BTH** | **Checking account** | 8 | 8 | 1 | 7 | $283.18 |

4.   **Other cash equivalents**   *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.                     **$32,844.89**

### Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☐   No.  Go to Part 3.
☑   Yes.  Fill in the information below.

Debtor   **East Texas Machining & Manufacturing LLC**

Name

Case number (if known) _____

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

Current value of
debtor's interest

7.1.  Elmech _____   $60,720.00

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

| $60,720.00 |

---

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

**11.  Accounts receivable**

11a.  90 days old or less:   $49,093.70   –   $0.00   = ............. ➔   $49,093.70
face amount          doubtful or uncollectible accounts

11b.  Over 90 days old:   $0.00   –   $0.00   = ............. ➔   $0.00
face amount          doubtful or uncollectible accounts

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $49,093.70 |

---

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

Valuation method
used for current value

Current value of
debtor's interest

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:          % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

| $0.00 |

---

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

Debtor    **East Texas Machining & Manufacturing LLC**    Case number (if known) _____
          Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **Raw materials** | **11/01/2023** | | **cost method** | **$132,938.09** |
| **20. Work in progress** | | | | |
| **Work in progress - assemblies /materials** | **11/01/2023** | | **cost method** | **$498,278.71** |
| **21. Finished goods, including goods held for resale** | | | | |
| **Finished goods** | **11/01/2023** | | **MSRP** | **$112,720.70** |
| **29 count FoldAR MoBetta rifle, 16.0", 5.56x45 NATO** | **10/25/2023** | | **MSRP** | **$60,871.00** |
| **2 count FoldAR MoBetta rifle, 16.0", 6.5 Grendel** | | | **MSRP** | **$4,198.00** |
| **2 count Double FoldAR MoBetta pistol, 9.0". 5.56x45 NATO** | **10/25/2023** | | **MSRP** | **$5,198.00** |
| **1 Double FoldAR MoBetta short barrel rifle, 9.0". 5.56x45 NATO** | **10/25/2023** | | **MSRP** | **$2,699.00** |
| **1 Double FoldAR MoBetta short barrel rifle, 9.0", .300 ACC Blackout** | **10/25/2023** | | **MSRP** | **$2,699.00** |
| **1 Foldar MoBetta short barretl rifle, 9.0". 5.56x45 NATO** | **10/25/2023** | | **MSRP** | **$2,099.00** |
| **1 FoldAR MoBetta short barrel rifle, 12.5", 5.56x45 NATO** | **10/25/2023** | | **MSRP** | **$2,099.00** |
| **47 count Bag, Large Rover Sling Pack (Pistol/SBR)** | **10/25/2023** | | **MSRP** | **$2,490.53** |
| **73 count Bag, Assault Pack (Rifle)** | **10/25/2023** | | **MSRP** | **$4,744.27** |
| **42 count Condition 1 Transport Case #288 (sku 40100)** | **10/25/2023** | | **MSRP** | **$10,458.00** |
| **99 count Lancer 20rd (556NATO/300BLK)** | **10/25/2023** | | **MSRP** | **$1,876.05** |
| **3 count Duramag 20rd (6.5 GREN)** | **10/25/2023** | | **MSRP** | **$89.97** |
| **267 count FoldAR Sticker** | **10/25/2023** | | **MSRP** | **$534.00** |
| **84 count Trigger Lock** | **10/25/2023** | | **MSRP** | **$84.00** |
| **12 count SGT Jordan's FoldAR Hat** | **10/25/2023** | | **MSRP** | **$299.88** |
| **2 count Perimeter 25 (GreyMan) Concealed Carry Bags** | **10/25/2023** | | **MSRP** | **$300.00** |
| **1 Perimeter 25 (MidWatch) Concealed Carry Bag** | **10/25/2023** | | **MSRP** | **$150.00** |
| **2 count Perimeter 25 (Black MultiCam) Concealed Carry Bags** | **10/25/2023** | | **MSRP** | **$330.00** |
| **3 count Perimeter 25 (Green MultiCam) Concealed Carry Bags** | **10/25/2023** | | **MSRP** | **$495.00** |
| **3 count Perimeter 25 (Coyote) Concealed Carry Bags** | **10/25/2023** | | **MSRP** | **$0.00** |

| Debtor | **East Texas Machining & Manufacturing LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 1 count Perimeter 25 (NightFall) Concealed Carry Bag | 10/25/2023 | MSRP | | $180.00 |
| 1 count Perimeter 25 (BlackMultiCam) Concealed Carry Bag | 10/25/2023 | MSRP | | $195.00 |
| 3 count Perimeter 25 (GreenMultiCam) Concealed Carry Bags | 10/25/2023 | MSRP | | $585.00 |
| 2 count Perimeter 25 (Citadel) Concealed Carry Bags | 10/25/2023 | MSRP | | $360.00 |
| 5 count Moab 6 (Black) Aiming Devices | 10/25/2023 | MSRP | | $400.00 |
| 1 FoldAR Mobetta Complete Upper, 15.0", 5.56x45 NATO | 10/25/2023 | MSRP | | $1,299.00 |
| 1 FoldAR MoBetta Barrel System, 9.0". 5.56x45 NATO | 10/25/2023 | MSRP | | $899.00 |
| 4 count FoldAR MoBetta Barrel System, 12.5". 5.56x45 NATO | 10/25/2023 | MSRP | | $3,596.00 |
| 3 count FoldAR MoBetta Barrel System, 16.0". 5.56x45 NATO | 10/25/2023 | MSRP | | $2,997.00 |

22. Other inventory or supplies

| | | | | |
|---|---|---|---|---|
| Unique Extrusions - materials | 10/25/2023 | COGs | | $15,181.97 |
| Sand hammer - materials | 10/25/2023 | COGs | | $17,405.00 |
| Schmid Inside - inventory | 10/25/2023 | COGs | | $1,510.45 |
| 84 count Lower, Preassembly | 10/25/2023 | COGs | | $29,399.16 |
| 45 count Upper, Preassembly | 10/18/2023 | COGs | | $17,999.55 |
| 18 count Locking Lever, subassembly | 10/25/2023 | COGs | | $1,799.82 |
| 8 count GasBloc PIS, Subassembly | 10/25/2023 | COGs | | $799.92 |
| 50 count Barrel 12.5", subassembly | 10/25/2023 | COGs | | $12,450.00 |
| 459 count Barrel 16", subassembly | 10/25/2023 | COGs | | $114,291.00 |
| 24 count Barrel 12.5" 300 BLK, subassembly | 10/25/2023 | COGs | | $5,976.00 |
| 14 count Barrel 16" 300BLK, subassembly | 10/25/2023 | COGs | | $3,486.00 |
| 6 count Barrel 16", subassembly | 10/25/2023 | COGs | | $1,494.00 |
| 103 count Upper Receiver | 10/25/2023 | COGs | | $15,448.97 |
| 2036 count Upper Snap, male | 10/25/2023 | COGs | | $20,339.64 |
| 2231 count Upper Gastube | 10/25/2023 | COGs | | $33,442.69 |
| 1693 count Watchcaw Pin | 10/25/2023 | COGs | | $16,913.07 |
| 1713 count Ejection Port Cover Pin | 10/25/2023 | COGs | | $17,112.87 |

Debtor   **East Texas Machining & Manufacturing LLC**
<br>Name

Case number (if known) _____

| Item | Date | Basis | Amount |
|---|---|---|---|
| 62 count Upper Completion Kit | 10/25/2023 | COGs | $1,549.38 |
| 125 count Charging Handle | 10/25/2023 | COGs | $2,498.75 |
| 32 count Bolt Carrier Group, Bootleg Adjustment Gas, Short | 10/25/2023 | COGs | $6,368.00 |
| 24 count Bolt Carrier Group, Bootleg Adjusable Gas, Regulard | 10/25/2023 | COGs | $4,776.00 |
| 34 count Bolt Carrier Group, MilSpc | 10/25/2023 | COGs | $4,419.66 |
| 36 count Bolt, 5.56/300BLK | 10/25/2023 | COGs | $2,159.64 |
| 6 count Bolt, 6.5 Gren | 10/25/2023 | COGs | $419.94 |
| 152 count Forearm Base | 10/25/2023 | COGs | $19,758.48 |
| 1155 count Handguard, 6" | 10/25/2023 | COGs | $150,138.45 |
| 703 count Handguard, 9" | 10/25/2023 | COGs | $105,442.97 |
| 348 count Handguard, 12" | 10/25/2023 | COGs | $59,156.52 |
| 1,987 count Forearm Snap, Femalde | 10/25/2023 | COGs | $19,850.13 |
| 1,906 count Gasblock Needle | 10/25/2023 | COGs | $9,510.94 |
| 341 count Locking Lever | 10/25/2023 | COGs | $23,866.59 |
| 70 count Locking Hook | 10/25/2023 | COGs | $2,799.30 |
| 530 count Gasblock | 10/25/2023 | COGs | $47,694.70 |
| 1,352 count Forward Gastube, PIS | 10/25/2023 | COGs | $27,026.48 |
| 370 count Forward Gastube, CAR | 10/25/2023 | COGs | $7,396.30 |
| 428 count Forward Gastube, MID | 10/25/2023 | COGs | $8,555.72 |
| 20 count A2 Compensator, 1/2" | 10/25/2023 | COGs | $82.00 |
| 450 count A2 Compensator, 5/8" | 10/25/2023 | COGs | $1,980.00 |
| 42 count Crush Washer, 1/2" | 10/25/2023 | COGs | $42.00 |
| 304 count Crush Washer, 5/8" | 10/25/2023 | COGs | $319.20 |
| 2,738 count Forearm Handguard Screws | 10/25/2023 | COGs | $328.56 |
| 200 count Barrel Extension Dowel Pin | 10/25/2023 | COGs | $34.00 |
| 1,185 count Forearm Dowel Pin | 10/25/2023 | COGs | $248.85 |
| 636 count Gas Block Roll Pin | 10/25/2023 | COGs | $57.24 |
| 403 count Lever/Clasp Pin | 10/25/2023 | COGs | $213.59 |
| 173 count Hook Pin | 10/25/2023 | COGs | $70.93 |
| 412 count Lanyard Rollpin | 10/25/2023 | COGs | $37.08 |
| 697 count Gasblock Needle Setscrew | 10/25/2023 | COGs | $97.58 |
| 621 count Gasblock Setscrews | 10/25/2023 | COGs | $93.15 |
| 802 count Barrel Setscrews | 10/25/2023 | COGs | $112.28 |
| 112 count Locking Lever Disk Washers | 10/25/2023 | COGs | $115.36 |

| Debtor | **East Texas Machining & Manufacturing LLC** | | Case number (if known) | |
| | Name | | | |

| | | | |
|---|---|---|---|
| 11 count Lanyard | 10/25/2023 | COGs | $33.00 |
| 777 count Lower Receiver | 10/25/2023 | COGs | $116,542.23 |
| 3,003 count DFA Male Snap | 10/25/2023 | COGs | $45,014.97 |
| 15 count DFA MCS Adapter, Preassembly | 10/25/2023 | COGs | $7,125.00 |
| 190 count Pistol Brace Setscrews | 10/25/2023 | COGs | $378.10 |
| 855 count Pistol Brace | 10/25/2023 | COGs | $25,641.45 |
| 46 count Carbine Stock, CTR, Collapsable | 10/25/2023 | COGs | $2,987.70 |
| 59 count Carbine Stock, MilSpec, Collapsable | 10/25/2023 | COGs | $1,474.41 |
| 1 Rifle Stock, Fixed | 10/25/2023 | COGs | $99.99 |
| 8 count Trigger Guard, Composite | 10/25/2023 | COGs | $79.92 |
| 201 count Magpul MOE Trigger Guard BLK | 10/25/2023 | COGs | $1,999.95 |
| 81 count Grip, K2+, Magpul | 10/25/2023 | COGs | $2,020.95 |
| 226 count Receiver, Pivot Pin | 10/25/2023 | COGs | $271.20 |
| 212 count Receiver, Takedown Pin | 10/25/2023 | COGs | $233.20 |
| 3,177 count Takedown/Pivot Detent | 10/25/2023 | COGs | $317.70 |
| 250 count Safety Selector Detent Spring | 10/25/2023 | COGs | $57.50 |
| 192 count Safety Selctor Deten | 10/25/2023 | COGs | $105.60 |
| 257 count Safety Selector | 10/25/2023 | COGs | $1,310.70 |
| 349 count Bolt Catch Plunger | 10/25/2023 | COGs | $191.95 |
| 349 count Bolt Catch Spring | 10/25/2023 | COGs | $69.80 |
| 605 count Bolt Catch | 10/25/2023 | COGs | $1,633.50 |
| 360 count Bolt Catch Roll Pin | 10/25/2023 | COGs | $43.20 |
| 256 count Magazine Catch | 10/25/2023 | COGs | $435.20 |
| 294 count Magazine Catch Button | 10/25/2023 | COGs | $308.70 |
| 264 count Magazine Catch Spring | 10/25/2023 | COGs | $0.00 |
| 1,440 count Buffer Retaining Spring | 10/25/2023 | COGs | $216.00 |
| 631 count Buffer Retainer | 10/25/2023 | COGs | $410.15 |
| 227 count Recoil Spring | 10/25/2023 | COGs | $192.95 |
| 710 count Buffer | 10/25/2023 | COGs | $5,254.00 |
| 30 count Buffer Tube, MilSpec | 10/25/2023 | COGs | $654.00 |
| 67 count Trigger | 10/25/2023 | COGs | $576.20 |
| 177 count DFA Plunger | 10/25/2023 | COGs | $3,540.00 |
| 195 count DFA Recoil Spring | 10/25/2023 | COGs | $975.00 |
| 176 count DFA Plunger Spring | 10/25/2023 | COGs | $880.00 |

Debtor    **East Texas Machining & Manufacturing LLC**          Case number (if known) _____
                Name

| | | | | |
|---|---|---|---|---|
| 4,228 count Upper Receiver, Forging | 10/25/2023 | | COGs | $63,208.60 |
| 209 count Buffer Alignment Plate | 10/25/2023 | | COGs | $261.25 |
| 150 count Buffer Tube Castle Nut | 10/25/2023 | | COGS | $330.00 |
| 146 count Barrell 9" 223W, Uncoated | 10/25/2023 | | COGs | $10,220.00 |
| 151 count Barrel 12.5" 223W, Uncoated | 10/25/2023 | | COGs | $10,570.00 |
| 106 count Barrel 16" 223W, Subassemply Uncoated | 10/25/2023 | | COGs | $13,091.00 |
| 26 count Barrel 9" 300BLK, Uncoated | 10/25/2023 | | COGs | $1,820.00 |
| 25 count Barrel 12.5" 300BLK, Uncoated | 10/25/2023 | | COGs | $1,750.00 |
| 42 count Barrel 16" 6.5G, Uncoated | 10/25/2023 | | COGs | $4,305.00 |
| 168 count Barrel Extension | 10/25/2023 | | COGs | $3,528.00 |
| 600 count Upper Receiver, Uncoated | 10/25/2023 | | COGs | $8,970.00 |
| 400 count Lower Receiver, Forging | 10/25/2023 | | COGs | $6,592.00 |
| 66 count Lower Receiver, Uncoated | 10/25/2023 | | COGs | $1,087.68 |
| 3,338 count DFA Adapter Arm, Forging | 10/25/2023 | | COGs | $17,190.70 |
| 6,198 count Forearm Base, Forging | 10/25/2023 | | COGs | $31,919.70 |
| 350 count DFA Adapter Base, Forging | 10/25/2023 | | COGs | $2,061.50 |
| 1,200 count Gasblock, Uncoated | 10/25/2023 | | COGs | $10,812.00 |
| 471 count Forearm Base, Uncoated | 10/25/2023 | | COGs | $2,425.65 |
| 480 count Locking Hook, Uncoated | 10/25/2023 | | COGs | $1,953.60 |
| 3,409 count Locking Lever, Forging | 10/25/2023 | | COGs | $11,965.59 |
| 203 count Locking Lever, Uncoated | 10/25/2023 | | COGs | $712.53 |
| 770 countFoldAR packaging box, single fold | 10/25/2023 | | COGs | $2,494.80 |
| 490 count FoldAR packaging box, double fold | 10/25/2023 | | COGs | $1,097.60 |
| 732 count FoldAR packaging box, complete uppers | 10/25/2023 | | COGs | $505.08 |
| 700 count FoldAR packaging box, barrel systems | 10/25/2023 | | COGs | $483.00 |

Debtor  **East Texas Machining & Manufacturing LLC**  Case number (if known) _____
      Name

| | | | | |
|---|---|---|---|---|
| **2 count Kraft Shipping Tape** | 10/25/2023 | | COGs | $320.00 |
| **28 count shipping box, 20x14x20** | 10/25/2023 | | COGs | $100.24 |
| **18 count shipping box, 14x14x20** | 10/25/2023 | | COGs | $48.06 |
| **199 count shipping box, 14x10x7** | 10/25/2023 | | COGs | $270.64 |
| **20 count shipping box, 20x15x15** | 10/25/2023 | | COGs | $52.40 |
| **15 count shipping box, 24x16x1047.10** | 10/25/2023 | | COGs | $0.00 |
| **65 count shipping box, 12x10x8** | 10/25/2023 | | COGs | $65.65 |
| **47 count shipping box, DFA 100 sets, 12x12x12** | 10/25/2023 | | COGs | $53.58 |
| **195 count ammunition, .300 Backout, break-in** | 10/25/2023 | | COGs | $156.00 |
| **582 count ammunition, 5.56x45 NATO, break-in** | 10/25/2023 | | COGs | $291.00 |
| **303 count ammunition, 6.5 Grendel, break-in** | 10/25/2023 | | COGs | $393.90 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

    **$2,120,614.06**

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes. Book value _____  Valuation method **COGs**  Current value **$34,097.42**

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

    **$0.00**

Debtor   **East Texas Machining & Manufacturing LLC**                 Case number (if known) _____
            Name

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes.  Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office furniture | _____ | _____ | $17,250.00 |
| Schwab filing cabinet | _____ | _____ | $500.00 |
| 3 standard file cabinet | _____ | _____ | $150.00 |
| Horizontal filing cabinet | _____ | _____ | $100.00 |
| 11 rolling chairs | _____ | _____ | $550.00 |
| 3 office desks | _____ | _____ | $750.00 |
| **40. Office fixtures** | | | |
| Office fixtures (camera system) | _____ | _____ | $6,000.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment Dell Optiplex 7040 computer Dell Optiplex 7050 computer Dell Precision M4800 computer Dell Optiplex 3000 Dell XPS13 computer Dell Optiplex 7040 computer Dell Precision T5600 computer 2 HP Inkjet printers HP Laser 9050 printer | _____ | _____ | $9,150.00 |
| Lenovo Yoga computer | _____ | _____ | $500.00 |

Debtor   **East Texas Machining & Manufacturing LLC**                    Case number (if known) _____
      Name

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | **$34,950.00** |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Honda 300 TRX Fourwheeler** | | Auction/Liquidation valu | $1,500.00 |
| 47.2. **Honda 300TRX Fourwheeler** | | Auction/Liquidation valu | $1,500.00 |
| 47.3. **Honda 300TRX Fourwheeler** | | Auction/Liquidation valu | $1,500.00 |
| 47.4. **Textron Prowler UTV**<br>**Serial No. ABBLNADDLJ80117820** | | Auction/Liquidation valu | $4,000.00 |
| 47.5. **2023 Jeep Grand Cherokee**<br>**VIN: 1C4RJHAG5PC570244** | | Auction/Liquidation valu | $48,000.00 |
| 47.6. **16' Enclosed trail**<br>**Serial No. 50XBE162NA031104** | | Auction/Liquidation valu | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **LaPointe HP40 Broaching Machine**<br>**Serial No. M2984** | | Auction/Liquidation valu | $32,500.00 |
| **Toyoda Handtruck Forklift (2500 lb)**<br>**Serial No. 40843** | | Auction/Liquidation valu | $1,900.00 |
| **Toyoda FH405S**<br>**Serial No. NS2971** | | Auction/Liquidation valu | $40,000.00 |
| **Baldor Pedestal Griner** | | Auction/Liquidation valu | $150.00 |
| **Delta Pedestal Griner** | | Auction/Liquidation valu | $150.00 |
| **Toyoda FH450S**<br>**Serial No. NS2208** | | Auction/Liquidation valu | $150,000.00 |
| **Toyoda FH450S**<br>**Serial No. NS2776** | | Auction/Liquidation valu | $87,500.00 |

Debtor   **East Texas Machining & Manufacturing LLC**                    Case number (if known) _____
Name

| | | | |
|---|---|---|---|
| **Cress Heat Treat Oven**<br>**Serial No. 1805** | | Auction/Liquidation valu | $3,750.00 |
| **Reid Surface Grinder**<br>**Serial No. 30024FC** | | Auction/Liquidation valu | $3,000.00 |
| **Tradeshow Booth Truss setup** | | Auction/Liquidation valu | $1,500.00 |
| **Tradeshow Booth Rotating 3D model** | | Auction/Liquidation valu | $500.00 |
| **3 Tradeshow Booth Backdrop** | | Auction/Liquidation valu | $300.00 |
| **Tradeshow Booth carpet (10x20)** | | Auction/Liquidation valu | $100.00 |
| **15 Scrap Metal containers** | | Auction/Liquidation valu | $500.00 |
| **10 Shipping Crates** | | Auction/Liquidation valu | $2,000.00 |
| **Hexagon 4.5.4 CMM**<br>**Serial No. 0118-8001** | | Auction/Liquidation valu | $25,000.00 |
| **Hardings 710XV VMC**<br>**Serial No. 06004DW** | | Auction/Liquidation valu | $10,000.00 |
| **Vibrafinish RT-10 Tumbler**<br>**Serail No. 9907004** | | Auction/Liquidation valu | $3,250.00 |
| **Hammon Rotofinish Tumber** | | Auction/Liquidation valu | $500.00 |
| **Vidmar Tool Cabinet (tan)** | | Auction/Liquidation valu | $3,000.00 |
| **Starrett Hardness Tester**<br>**Serial No. CF2379** | | Auction/Liquidation valu | $1,500.00 |
| **Superior safe** | | Auction/Liquidation valu | $4,000.00 |
| **6 parts storage racks** | | Auction/Liquidation valu | $600.00 |
| **Tombstone fixture system**<br>**Serial no.FD01** | | Auction/Liquidation valu | $15,000.00 |
| **Ingersol Air Compressor**<br>**Serail No. UP7438U** | | Auction/Liquidation valu | $1,500.00 |
| **Hardinge 760XP3 VMC**<br>**Serial No. 310C194** | | Auction/Liquidation valu | $20,000.00 |
| **Kesser air compressor**<br>**Serial No. 1084** | | Auction/Liquidation valu | $3,500.00 |
| **Flammable items cabinet** | | Auction/Liquidation valu | $200.00 |
| **Shop vac** | | Auction/Liquidation valu | $25.00 |
| **8 Lista parts cabinet** | | Auction/Liquidation valu | $4,000.00 |
| **Wellsaw Bandsaw**<br>**Serial No. 5756** | | Auction/Liquidation valu | $3,250.00 |
| **Wen Benchtop Drill Press** | | Auction/Liquidation valu | $200.00 |
| **Hardings Quest 6/42SP**<br>**Serial No. QC-702** | | Auction/Liquidation valu | $52,500.00 |
| **Tombstone fixture system**<br>**Serial No. FD02** | | Auction/Liquidation valu | $15,000.00 |
| **Hardings 710XV VMC**<br>**Serial No. 070047VM** | | Auction/Liquidation valu | $15,000.00 |
| **Boss Laser FM-20 Laser Etching**<br>**Serial No. 24243** | | Auction/Liquidation valu | $5,000.00 |

Debtor  **East Texas Machining & Manufacturing LLC**                              Case number (if known)
Name

| | | | |
|---|---|---|---|
| **Extension ladder 16'** | | Auction/Liquidation valu | $50.00 |
| **Extension ladder 24'** | | Auction/Liquidation valu | $50.00 |
| **Monarch 10EE Lathe** **Serial No. 41727** | | Auction/Liquidation valu | $3,250.00 |
| **23 work tables** | | Auction/Liquidation valu | $1,000.00 |
| **Banding cart (metal strap)** | | Auction/Liquidation valu | $200.00 |
| **Banding cart (plastic strap)** | | Auction/Liquidation valu | $200.00 |
| **Freight scale** | | Auction/Liquidation valu | $500.00 |
| **Shipping scale** | | Auction/Liquidation valu | $100.00 |
| **Counting scale** | | Auction/Liquidation valu | $300.00 |
| **3 handtruck dollys** | | Auction/Liquidation valu | $50.00 |
| **Miscellaneous parts, tools, etc.** | | Auction/Liquidation valu | $35,000.00 |
| **4 shipping crates** | | Auction/Liquidation valu | $800.00 |
| **Miscellaneous individual parts, tools, etc (storage)** | | Auction/Liquidation valu | $50,000.00 |

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$654,875.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 9:   Real property**

---

**54.** **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **13864 CR 4196D, Henderson, Texas 75654** **Debtor leases the property from** **RLCH Holdings, LLC** | **Rental property** | | | $0.00 |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

Debtor  **East Texas Machining & Manufacturing LLC**_____  Case number (if known) _____
        Name

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| Foldar.com | _____ | _____ | $2,044.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| Klaviyo e-mail lists | _____ | _____ | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.                    | $2,044.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

                                                                    Current value of
                                                                    debtor's interest

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Debtor    **East Texas Machining & Manufacturing LLC**                    Case number (if known) _____
          Name

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**Cause No. 2022-239; East Texas Machining & Manufacturing, LLC vs Axle Box Innovationv,LLC;
85 District Court, Brazos County, Texas
-- STV Engine 001 LLC, Axle Box Innovations LLC, Texas Tactical Maching & Manufacturing,
LLC, Caleb Hold**                                                                   Unknown

| Nature of claim | breach of contract |
| --- | --- |
| Amount requested | $4,200,000.00 |

**Docket No. 12990; F.J. Fedderson, Inc. v. East Texas Maching & Manufacturing, LLC, Chancery
Court for Loudon County, Tennessee
-- F.J. Federson, Inc.**                                                             Unknown

| Nature of claim | breach of contract |
| --- | --- |
| Amount requested | $32,573.79 |

**75. Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**Padon Holt, Aron Hutchins, Holt & Hutchins, PLLC, West, Webb, Allbritton & Gentry, P.C.**    Unknown

| Nature of claim | fraud, gross negligence/malpractice |
| --- | --- |
| Amount requested | $4,200,000.00 |

**Bales & Co, P.C.**                                                                          Unknown

| Nature of claim | breach of professional duty/contract |
| --- | --- |
| Amount requested | $25,683.90 |

**Bell Nunnally & Martin LLP**                                                                Unknown

| Nature of claim | breach of contract/professional duty |
| --- | --- |
| Amount requested | $104,141.83 |

**Team Metal Finishing Inc.**                                                                 Unknown

| Nature of claim | breach of contract |
| --- | --- |
| Amount requested | $4,373.33 |

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.                                           $0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor   **East Texas Machining & Manufacturing LLC**      Case number (if known) _____
            Name

<div style="background:black;color:white;display:inline">**Part 12:**</div> **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$32,844.89** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$60,720.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$49,093.70** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$2,120,614.06** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$34,950.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$654,875.00** | |
| 88. **Real property.** *Copy line 56, Part 9*...........................................➔ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$2,044.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | **$2,955,141.64** | **+** 91b. **$0.00** |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92...................................................................................   **$2,955,141.64**

**Fill in this information to identify the case:**

Debtor name **East Texas Machining & Manufacturing LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

---

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| | |
|---|---|
| **Creditor's name**<br>**Bank of America** | **Describe debtor's property that is subject to a lien** |
| **Creditor's mailing address**<br>**P.O. Box 17327** | **vehicle** |
| _____ | **Describe the lien**<br>**Auto loan** |
| **Wilmington          DE    19886-7237** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes |
| **Creditor's email address, if known**<br>_____ | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred    06-01-2023** | |
| **Last 4 digits of account number    3  8  7  7** | **As of the petition filing date, the claim is:**<br>Check all that apply. |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Amount of claim: **$54,500.77**    Value of collateral: **$48,000.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

    **$1,147,364.61**

| Debtor | **East Texas Machining & Manufacturing LLC** | Case number (if known) _____ |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.2**

Creditor's name
**Corby Hall**

Creditor's mailing address
**13864 CR 4196D**

_____

_____

**Henderson**        **TX**   **75654**

Creditor's email address, if known

_____

Date debt was incurred    **08-01-2021**

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**all assets**

Describe the lien

**Promissory note / Agreement**

Is the creditor an insider or related party?

☐ No

☑ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$678,163.22**   Value of collateral: **$2,955,141.64**

**2.3**

Creditor's name
**Kapitus, LLC**

Creditor's mailing address
**2500 Wilson Blvd, Ste 350**

_____

**Arlington**        **VA**   **22201**

Creditor's email address, if known

_____

Date debt was incurred    **07-25-2023**

Last 4 digits of account
number          **7  9  0  1**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**all assets**

Describe the lien

**Agreement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$149,205.00**   Value of collateral: **$2,955,141.64**

Debtor    **East Texas Machining & Manufacturing LLC** _____  Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

|  |  | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

**2.4**

**Creditor's name**
**RLCH Holdings, LLC**

**Creditor's mailing address**
**13864 CR 4196D**

_____

**Henderson         TX    75654**

**Creditor's email address, if known**

_____

**Date debt was incurred    08-01-2021**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the
     relative priority?

     ☐ No. Specify each creditor, including this
         creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is
         specified on lines _____

**Describe debtor's property that is subject to a lien**
**all assets**

**Describe the lien**
**Promissory note / Agreement**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$126,391.92**   Column B: **$2,955,141.64**

---

**2.5**

**Creditor's name**
**Rusk County**

**Creditor's mailing address**
**202 N. Main Street**

_____

**Henderson         TX    75652**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    __0__ __0__ __2__ __0__

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the
     relative priority?

     ☐ No. Specify each creditor, including this
         creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is
         specified on lines _____

**Describe debtor's property that is subject to a lien**
**equipment/inventory/machinery**

**Describe the lien**
**Property taxes**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$10,943.15**   Column B: **$281,043.90**

---

Debtor    **East Texas Machining & Manufacturing LLC** _____    Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.6**  Creditor's name
**Shaun Halberstadt**

Creditor's mailing address
**1555 CR 3802**

_____

_____

**Bullard              TX    75757**

Creditor's email address, if known

_____

Date debt was incurred    **04-01-2022**

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Toyora FH405S Serial No. NS2208**

Describe the lien
**equipment loan**

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$103,013.93**     **$150,000.00**

---

**2.7**  Creditor's name
**Texas Bank**

Creditor's mailing address
**1815 US 79 N**

_____

**Henderson          TX    75654**

Creditor's email address, if known

_____

Date debt was incurred    **03-25-2020**

Last 4 digits of account number    **9   7   5   8**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Hexagon SF 4.5.4 Serial No. 0118-8001**

Describe the lien
**Agreement**

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,146.62**     **$25,000.00**

---

**Fill in this information to identify the case:**

Debtor        **East Texas Machining & Manufacturing LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| **2.1** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $218,273.75 | $0.00 |

**Internal Revenue Service**

**P.O. Box 7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia          PA    19101-7346**

**Basis for the claim:**
**Taxes**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account
number     3   4   4   0**

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)( **8** )

**federal excise**

Debtor   **East Texas Machining & Manufacturing LLC**                      Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
       claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,892.35** |
|---|---|---|---|

**Advanced Air Technologies**

**907 Millard Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**equipment**

**Henderson**                    **TX**      **75652**

Date or dates debt was incurred      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,154.60** |
|---|---|---|---|

**American Express**

**P.O. Box 981535**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Credit Card**

**El Paso**                    **TX**      **79998-1535**

Date or dates debt was incurred      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

**Axelbox Innovations**

**1003 Harvey Road, Ste 200**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Services/breach of contract**

**College Station**                    **TX**      **77840**

Date or dates debt was incurred      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,683.00** |
|---|---|---|---|

**Bailes & Co., P.C.**

**1357 Dominion Plaza**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Accountant services**

**Tyler**                    **TX**      **75703-1013**

Date or dates debt was incurred      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   **East Texas Machining & Manufacturing LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.5** Nonpriority creditor's name and mailing address

**Bell Nunnally & Martin LLP**

**2323 Ross Avenue, Ste 1900**

_____

**Dallas**                          **TX**      **75201**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**legal services**

Is the claim subject to offset?
☑ No
☐ Yes

**$104,791.84**

---

**3.6** Nonpriority creditor's name and mailing address

**Bernstein Stair & McAdams, LLP**

**116 Agnes Road**

_____

**Knoxville**                       **TN**      **37919-6306**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Legal services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,987.80**

---

**3.7** Nonpriority creditor's name and mailing address

**Bodwell Vasek Wells DeSimone, LLP**

**8117 Preston Rd, Ste 460**

_____

**Dallas**                          **TX**      **75225**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accountant fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$21,221.55**

---

**3.8** Nonpriority creditor's name and mailing address

**Bootleg, Inc.**

**1340 S. Crooked Fence Lane**

_____

**Kuna**                            **ID**      **83634**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Inventory**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,000.00**

---

| Debtor | **East Texas Machining & Manufacturing LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9** | **Nonpriority creditor's name and mailing address**

Cerro Fabricated Products, LLC

300 Triangle Drive

Weyers Cave          VA      24486

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,724.17

**3.10** | **Nonpriority creditor's name and mailing address**

Dead Foot Arms, LLC

N6768 CR X

Albany          WI      53502

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Inventory

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,453.90

**3.11** | **Nonpriority creditor's name and mailing address**

F.J. Fedderson, Inc.

7501 Corporate Park Drive

Loudon          TN      37774

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
materials/breach of contract

**Is the claim subject to offset?**
☒ No
☐ Yes

$67,573.79

**3.12** | **Nonpriority creditor's name and mailing address**

JN Construction

1412 S. Evenside Ave.

Henderson          TX      75654

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consruction

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,800.00

Debtor   **East Texas Machining & Manufacturing LLC**_____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.13 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$7,220.16

**Royal Case Company, Inc.**_____

**P.O. Box 2027**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Sherman**                    **TX**    **75091**

**Basis for the claim:**
**Inventory**_____

Date or dates debt was incurred      _____

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$656,845.16

**STV Engine 001, LLC**_____

**1003 Harvey Rd, Ste 200**_____

☐ Contingent
☐ Unliquidated
☑ Disputed

_____

**College Station**             **TX**    **77840**

**Basis for the claim:**
**Promissory note**_____

Date or dates debt was incurred      _____

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$4,373.33

**Team Metal Finishing, Inc.**_____

**286 Clary Connector**_____

☐ Contingent
☐ Unliquidated
☑ Disputed

_____

**Eastanollee**                 **GA**    **77840**

**Basis for the claim:**
**Services/breach of contract**_____

Date or dates debt was incurred      _____

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$40,000.00

**Texas Bank and Trust**_____

**101 S. Main Street**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Lindale**                      **TX**    **75771**

**Basis for the claim:**
_____

Date or dates debt was incurred      **06-25-2023**

**Is the claim subject to offset?**

Last 4 digits of account number      **4   4   0   9**

☑ No
☐ Yes

| Debtor | **East Texas Machining & Manufacturing LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.17** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Texas Tactical Maching & Manufacturing**

**1003 Harvey Road, Ste 200**

| **College Station** | **TX** | **77840** |
|---|---|---|

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Services/breach of contract**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$266,650.00**

---

| **3.18** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Trask Britt, PC**

**230 South 500 East, Ste 300**

| **Salt Lake City** | **UT** | **84102** |
|---|---|---|

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Legal services**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$5,412.55**

---

| **3.19** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Unique Extrusions, Inc.**

**10 County Line Drive**

| **Cromwell** | **CT** | **06416** |
|---|---|---|

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Inventory**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$18,455.59**

Debtor    **East Texas Machining & Manufacturing LLC**                    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|
| **4.1**  **U.S. Trustee**<br>**Office of the U.S. Trustee**<br>**110 N. College Avene**<br>**Suite 300**<br>**Tyler**            **TX**    **75702-7231** | Line _____<br><br>☑ Not listed.  Explain:<br>   **Notice Only** | __ __ __ __ |
| **4.2**  **United States Attorney's Office**<br>**Eastern District of Texas**<br>**110 N. College**<br>**Suite 700**<br>**Tyler**            **TX**    **75702-0204** | Line _____<br><br>☑ Not listed.  Explain:<br>   **Notice Only** | __ __ __ __ |

Debtor    **East Texas Machining & Manufacturing LLC**          Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$218,273.75** |
| 5b. | **Total claims from Part 2** | 5b. + | **$1,620,239.79** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,838,513.54** |

| Fill in this information to identify the case: |
| --- |

Debtor name __**East Texas Machining & Manufacturing LLC**__

United States Bankruptcy Court for the: __**EASTERN DISTRICT OF TEXAS**__

Case number
(if known) _____    Chapter __**11**__

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.    Does the debtor have any executory contracts or unexpired leases?**

☐  No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2.    List all contracts and unexpired leases**                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | pivoting extension, lathe and mill **Contract to be ASSUMED** | **Armor Contract Manufacturing** |
| --- | --- | --- | --- |
| | State the term remaining | | **4600 N. Mason-Montgomery Road** |
| | List the contract number of any government contract | | **Mason**            **OH**      **45040** |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | media and marketing **Contract to be ASSUMED** | **Auburn Flores Media & Marketing** |
| --- | --- | --- | --- |
| | State the term remaining | | **5044 West Arete Way** |
| | List the contract number of any government contract | | **Herriman**            **UT**      **84096** |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | accounting services specializing in audit, tax, consulting, outsourced CFO, fractional CFO and transaction advisory **Contract to be ASSUMED** | **Bodwell Vasek Wells DeSimone** |
| --- | --- | --- | --- |
| | | | **8117 Preston Rd #460** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas**            **TX**      **75225** |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Bootleg adjustable bolt carrier group **Contract to be ASSUMED** | **Bootleg, Inc.** |
| --- | --- | --- | --- |
| | | | **P.O. Box 44182** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Boise**            **ID**      **83711** |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    page 1

Debtor    **East Texas Machining & Manufacturing LLC**                    Case number (if known) _____

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | FoldAr forearm<br>FoldAr upper receiver<br>Contract to be ASSUMED | Cerro Fabricated Products, LLC |  |  |
|---|---|---|---|---|---|
|  | State the term remaining |  |  |  |  |
|  | List the contract number of any government contract |  | Weyers Cave | VA | 24886 |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | 300-3310 locking lever rev2<br>Contract to be ASSUMED | Green Bay Drop Forge<br>1341 South State Street |  |  |
|  | State the term remaining |  |  |  |  |
|  | List the contract number of any government contract |  | Green Bay | WI | 54304 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | marketing<br>Contract to be ASSUMED | H&G Marketing |  |  |
|  | State the term remaining |  |  |  |  |
|  | List the contract number of any government contract |  |  |  |  |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | marketing contacts<br>Contract to be ASSUMED | HubSpot, Inc.<br>2 Canal Park |  |  |
|  | State the term remaining |  |  |  |  |
|  | List the contract number of any government contract |  | Cambriddge | MA | 02141 |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Forward Purchase Agreement<br>Contract to be ASSUMED | Kapitus LLC<br>2500 Wilson Blvd Ste 350 |  |  |
|  | State the term remaining |  |  |  |  |
|  | List the contract number of any government contract |  | Arlington | VA | 22201 |

Debtor   **East Texas Machining & Manufacturing LLC**          Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | **Inventory Management Software Contract to be ASSUMED** | **LedgerGurus** | |
| | | | **63 East 1200 North American** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Fork** | **UT** | **84003** |

| | | | | |
|---|---|---|---|---|
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | **M16 BCG - 5.56, DLC Contract to be ASSUMED** | **OuterWild** | |
| | | | **551 Tesler Road** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Lake Zurich** | **IL** | **60047** |

| | | | | |
|---|---|---|---|---|
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | **Mid FoldAr gastube Contract to be ASSUMED** | **Remcon/North Corp.** | |
| | | | **7 Enterprise Court** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Meredith** | **NH** | **03253** |

| | | | | |
|---|---|---|---|---|
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | **Marketing- Communications/Consulting Contract to be ASSUMED** | **Repputation Marketing** | |
| | | | **3151 Cumming Avenue** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Cumming** | **IA** | **50061** |

| | | | | |
|---|---|---|---|---|
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Contract to be ASSUMED** | **RLCH Holdings, LL** | |
| | | | **13864 CR 4196D** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Henderson** | **TX** | **75654** |

Debtor    **East Texas Machining & Manufacturing LLC**      Case number (if known) _____

███   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | .223 Caliber barrel blank<br>.300 Caliber barrel blank<br><br>Contract to be ASSUMED | Sand Hammer Forge<br>594 Bert Winston Road |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Youngsville    NC    27596 |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Hook pin<br>Contract to be ASSUMED | Swiss Automation, Inc.<br>1020 W. Northwest Hwy |
| | State the term remaining | | |
| | List the contract number of any government contract | | Barrington    IL    60010 |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | 300-3400 gasblock needler<br>Contract to be ASSUMED | Swiss Automation, Inc.<br>1020 W. Northwest Hwy |
| | State the term remaining | | |
| | List the contract number of any government contract | | Barrington    IL    60010 |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | IT services<br>Contract to be ASSUMED | T3 Networks<br>P.O. Box 470 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Winona    TX    75792 |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Oin handguard<br>Contract to be ASSUMED | Unique Extrusions, Inc.<br>10 County Line Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | Cromwell    UT    06416 |

**Fill in this information to identify the case:**

Debtor name  **East Texas Machining & Manufacturing LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☐  No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☑  Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
separately in Column 2.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  **Corby Hall** | **13864 CR 4196 D** <br> Number      Street <br><br> **Henderson**      **TX**   **75651** <br> City                State    ZIP Code | **Texas Bank and Trust** | ☐  D <br> ☑  E/F <br> ☐  G |
| 2.2  **Corby Hall** | **13864 CR 4196 D** <br> Number      Street <br><br> **Henderson**      **TX**   **75651** <br> City                State    ZIP Code | **Bank of America** | ☑  D <br> ☐  E/F <br> ☐  G |

**Fill in this information to identify the case:**

Debtor Name **East Texas Machining & Manufacturing LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known):

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   | | |
   |---|---|
   | 1a. **Real property:** Copy line 88 from Schedule A/B............................................................................. | $0.00 |
   | 1b. **Total personal property:** Copy line 91A from Schedule A/B........................................................ | $2,955,141.65 |
   | 1c. **Total of all property** Copy line 92 from Schedule A/B............................................................... | $2,955,141.65 |

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................ **$1,147,364.61**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................ **$218,273.75**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................... **+ $1,620,239.79**

4. **Total liabilities**
   Lines 2 + 3a + 3b.............................................................................................................................. **$2,985,878.15**

**Fill in this information to identify the case and this filing:**

Debtor Name     **East Texas Machining & Manufacturing LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)     _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                                            12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule     _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration     _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/14/2023**          X **/s/ Corby Hall**
          MM / DD / YYYY          Signature of individual signing on behalf of debtor

                    **Corby Hall**
                    Printed name
                    **Managing Member**
                    Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| Debtor name | **East Texas Machining & Manufacturing LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.   Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

**Sources of revenue**
Check all that apply.

**Gross revenue**
(before deductions and exclusions

| | | | | | Gross revenue |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2023** to MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | | **$2,040,825.95** |
| **For prior year:** | From **01/01/2022** to MM / DD / YYYY | **12/31/2022** MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | | **$1,881,909.69** |
| **For the year before that:** | From **01/01/2021** to MM / DD / YYYY | **12/31/2021** MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | | **$719,193.09** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑ None

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Bootleg, Inc.**<br>Creditor's name<br>**P.O. Box 44182**<br>Street<br><br>**Boise**   ID   **83711**<br>City   State   ZIP Code | **11/8/2023** | **$16,630.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor  **East Texas Machining & Manufacturing LLC**          Case number (if known) _____
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.2. **Dead Foot Arms, LLC**  
Creditor's name  
**N6768 CR X**  
Street

**Albany**          **WI**    **53502**  
City          State    ZIP Code

Dates: **11/7/2023**

Total amount or value: **$5,000.00**

Reasons for payment or transfer  
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other _____

---

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.3. **Cerro Fabricated Products, LLC**  
Creditor's name  
**300 Triangle Circle**  
Street

**Weyers Cave**          **VA**    **24866**  
City          State    ZIP Code

Dates:  
**9/18/2023**  
**9/27/2023**  
**10/10/2023**  
**10/25/2023**  
**11/17/2023**

Total amount or value: **$34,724.17**

Reasons for payment or transfer  
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other _____

---

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.4. **Bell Nunnally & Martin, LLP**  
Creditor's name  
**2323 Ross Avenue, Ste 1900**  
Street

**Dallas**          **TX**    **75201**  
City          State    ZIP Code

Dates: **10/23/2023**

Total amount or value: **$10,000.00**

Reasons for payment or transfer  
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other _____

---

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.5. **American Express**  
Creditor's name  
**P.O. Box 981535**  
Street

**El Paso**          **TX**    **79998-1535**  
City          State    ZIP Code

Dates:  
**10/6/2023**  
**11/6/2023**

Total amount or value: **$8,334.00**

Reasons for payment or transfer  
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other  **credit card payment**

---

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.6. **Kapitus**  
Creditor's name  
**2500 Wilson Blvd Ste 350**  
Street

**Arlington**          **VA**    **22201**  
City          State    ZIP Code

Dates:  
**9/20/2023**  
**9/27/2023**  
**10/4/2023**  
**10/11/2023**  
**10/25/2023**  
**10/25/2023**  
**11/1/2023**  
**11/8/2023**  
**11/22/2023**  
**11/29/2023**  
**12/07/2023**  
**12/14/2023**  
**11/18/2023**

Total amount or value: **$39,314.00**

Reasons for payment or transfer  
*Check all that apply*
- ☒ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other _____

---

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.7. **Texas Bank**  
Creditor's name  
**1815 US 79 N**  
Street

**Henderson**          **TX**    **75654**  
City          State    ZIP Code

Dates:  
**9/27/2023**  
**10/27/2023**  
**11/27/2023**

Total amount or value: **$3,606.31**

Reasons for payment or transfer  
*Check all that apply*
- ☒ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other _____

| Debtor | **East Texas Machining & Manufacturing LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.8. | **Texas Bank and Trust (LOC)**<br>Creditor's name<br>**101 S Main Street**<br>Street | 9/25/2023<br>10/23/2023<br>11/24/2023 | $915.89 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **Lindale**          **TX**   **75771**<br>City                     State      ZIP Code | | | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.9. | **Bank of America**<br>Creditor's name<br>**P.O. Box 17327**<br>Street | 9/18/2023<br>10/17/2023<br>11/17/2023 | $4,356.80 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **Wilmington**      **DE**   **19886-7237**<br>City                     State      ZIP Code | | | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.10. | **Bodwell Vasek Wells DeSimone LLP**<br>Creditor's name<br>**8117 Preston Road, Ste 460**<br>Street | 10/18/2023<br>11/28/2023<br>11/29/2023 | $11,052.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **Dallas**          **TX**   **75225**<br>City                     State      ZIP Code | | | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.11. | **Rusk County Tax A/C Nesha Partin**<br>Creditor's name<br>**202 N Main Street**<br>Street | 9/15/2023<br>10/15/2023<br>11/15/2023 | $8,190.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **tax** |
| | **Henderson**      **TX**   **75652**<br>City                     State      ZIP Code | | | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.12. | **Repputation Marketing**<br>Creditor's name<br>**3151 Cummings Avenue**<br>Street | 11/7/2023 | $1,553.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **Cumming**         **IA**<br>City                     State      ZIP Code | | | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.13. | **Texas State Comptroller**<br>Creditor's name<br><br>Street | 11/14/2023<br>11/22/2023 | $6,039.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **franchise tax** |
| | City                     State      ZIP Code | | | |

Debtor    **East Texas Machining & Manufacturing LLC**                                    Case number (if known) _____
_____Name_____

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Corby Hall** | **4/27/2023** | **$20,000.00** | **Royalties** |
| | Insider's name | | | |
| | **580 AN CR 411** | | | |
| | Street | | | |
| | | | | |
| | **Palestine**        **TX**    **75803** | | | |
| | City                     State     ZIP Code | | | |
| | | | | |
| | **Relationship to debtor** | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **East Texas Machining & Manufacturing, LL v. Axle Box Innovations, LLC, Texas Tactical Maching & Manufacturing, LLC, STV Engine 001, LLC, and Caleb Holt, Individually** | | **County of Brazos** | ☑ Pending |
| | | | Name | |
| | | | **85th Judical District Court** | ☐ On appeal |
| | | | Street | |
| | | | **300 E. 26th Street, Suite 440** | ☐ Concluded |
| | Case number | | | |
| | **23-000325-CV-85** | | **Bryan**        **TX**    **77803** | |
| | | | City              State    ZIP Code | |

Debtor    **East Texas Machining & Manufacturing LLC**                    Case number (if known)    _____
          Name

| | | |
|---|---|---|

7.2.

**Case title**                 Nature of case        **Court or agency's name and address**        **Status of case**

**F.J. Fedderson, Inc. v. East**                     **In the Chancery Court for Loudon Cou**    ☑ Pending
**Texas Machining &**                                Name
**Manufacturing, LLC**
                                                     **201 Alma Place**                           ☐ On appeal
                                                     Street
                                                                                                  ☐ Concluded

**Case number**
**12990**                                            **Loudon                TN    37774**
                                                     City                    State ZIP Code

8.   **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

**Recipient's name and address**        **Description of the gifts or contributions**    **Dates given**    **Value**

9.1.   **NEED NAME**                    **charitable gifts**                                                **$7,950.00**
       Recipient's name

       _____
       Street

       _____

       _____
       City                    State    ZIP Code

       **Recipient's relationship to debtor**

       _____

---

| Part 5: | Certain Losses |
|---|---|

10.   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

Debtor    **East Texas Machining & Manufacturing LLC**                    Case number (if known)    _____
          Name

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Michael E. Gazette** | | **10/10/23** **10/30/23** | **$26,300.00** |

**Address**

**100 E. Ferguson Street, Suite 1000**
Street

_____

**Tyler**            **TX**    **75702**
City            State    ZIP Code

**Email or website address**
**megazette@suddenlinkmail.com**

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| **Part 7:** | **Previous Locations** |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor   **East Texas Machining & Manufacturing LLC**                     Case number (if known) _____
_____
Name

## Part 8:   Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes.  State the nature of the information collected and retained
**Customer list, mailing list, Klaviyo email list**

Does the debtor have a privacy policy about that information?
☑ No.
☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
☐ No.  Go to Part 10.
☐ Yes.  Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    **East Texas Machining & Manufacturing LLC**                    Case number (if known) _____
_____
Name

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Country Charm Candles** <br> Name <br><br> **15646 US 79 N** <br> Street <br><br> _____ <br><br> **Jacksonville        TX    75766** <br> City            State    ZIP Code | **Address** | **tradeshow booth, truss setup tradeshow booth, rotating 3D model** <br> **3 tradeshow booth backdrop tradeshow booth carpet (10x20)** | ☐ No <br> ☑ Yes |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

Debtor   **East Texas Machining & Manufacturing LLC**                    Case number (if known) _____
      Name

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.  Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **Henry & Peters** | From **2018** To **2023** |
| | Name | |
| | **3304 S. Broadway Avenue** | |
| | Street | |
| | | |
| | **Tyler**         **TX**    **75701** | |
| | City              State    ZIP Code | |

| | Name and address | Dates of service |
|---|---|---|
| 26a.2. | **Bailes & Co., P.C.** | From **2023** To **2023** |
| | Name | |
| | **1357 Dominion Plaza** | |
| | Street | |
| | | |
| | **Tyler**         **TX**    **75703** | |
| | City              State    ZIP Code | |

| | Name and address | Dates of service |
|---|---|---|
| 26a.3. | **Bodwell Vasei Wells DeSimone, LLP** | From **06/2023** To **present** |
| | Name | |
| | **8117 Preston Road, Suite 460** | |
| | Street | |
| | | |
| | **Dallas**        **TX**    **75225** | |
| | City              State    ZIP Code | |

| | Name and address | Dates of service |
|---|---|---|
| 26a.4. | **Caleb Holt** | From **03/2020** To **02/2022** |
| | Name | |
| | **1003 Harvey Road, Suite 200** | |
| | Street | |
| | | |
| | **College Station**  **TX**  **77840** | |
| | City              State    ZIP Code | |

Debtor   **East Texas Machining & Manufacturing LLC**                    Case number (if known) _____
Name

| | **Name and address** | | | **Dates of service** | | |
|---|---|---|---|---|---|---|
| 26a.5. | **Phyllis Deitz** | | | From | **03/2020** | To | **02/2022** |

Name
**Dietz Consulting**
Street
**4015 South Texas Avenue**

**Bryan**                    **TX**       **77802**
City                          State      ZIP Code

| | **Name and address** | | | **Dates of service** | | |
|---|---|---|---|---|---|---|
| 26a.6. | **Leslie Dimas** | | | From | **05/2022** | To | **07/2022** |

Name
**lesliedimas@gmail.com**
Street

City                          State      ZIP Code

| | **Name and address** | | | **Dates of service** | | |
|---|---|---|---|---|---|---|
| 26a.7. | **Kimberly Bagley, CPA, PLLC** | | | From | **08/2022** | To | **04/2023** |

Name
**911 West Loop 281,  Suite 211**
Street

**Longview**                  **TX**       **75604**
City                          State      ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
statement within 2 years before filing this case.

☐ None

| | **Name and address** | | | **Dates of service** | | |
|---|---|---|---|---|---|---|
| 26b.1. | **Henry & Peters** | | | From | **2018** | To | **2023** |

Name
**3304 S. Broadway Avenue**
Street

**Tyler**                     **TX**       **75701**
City                          State      ZIP Code

| | **Name and address** | | | **Dates of service** | | |
|---|---|---|---|---|---|---|
| 26b.2. | **Bailes & Co., P.C.** | | | From | **2023** | To | **2023** |

Name
**1357 Dominion Plaza**
Street

**Tyler**                     **TX**       **75703**
City                          State      ZIP Code

| | **Name and address** | | | **Dates of service** | | |
|---|---|---|---|---|---|---|
| 26b.3. | **Bodwell Vasei Wells DeSimone, LLP** | | | From | **06/2023** | To | **present** |

Name
**8117 Preston Road, Suite 460**
Street

**Dallas**                    **TX**       **75225**
City                          State      ZIP Code

Debtor **East Texas Machining & Manufacturing LLC**
Name

Case number (if known) _____

| | | Dates of service | | |
|---|---|---|---|---|

**Name and address**

26b.4. **Caleb Holt**
Name
**1003 Harvey Road, Suite 200**
Street

From **03/2020** To **02/2022**

| | | | |
|---|---|---|---|

**College Station**    **TX**    **77840**
City    State    ZIP Code

**Name and address**

26b.5. **Phyllis Deitz**
Name
**Deitz Consulting**
Street
**4015 South Texas Avenue**

From **03/2020** To **02/2022**

**Bryan**    **TX**    **77802**
City    State    ZIP Code

**Name and address**

26b.6. **Leslie Dimas**
Name
**lesliedimas@gmail.com**
Street

From **05/2022** To **07/2022**

City    State    ZIP Code

**Name and address**

26b.7. **Kimberly Bagley, CPA, PLLC**
Name
**911 West Loop 281, Suite 211**
Street

From **08/2022** To **04/2023**

**Longview**    **TX**    **75604**
City    State    ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **Colony Bank**
Name
**115 South Grant Street**
Street

**Fitzgerald**    **GA**    **31750**
City    State    ZIP Code

Debtor    **East Texas Machining & Manufacturing LLC**                    Case number (if known)    _____
          Name

**Name and address**

26d.2.    **Mission Valley Bank**
          Name
          **9116 Sunland Blvd**
          Street
          _____

          **Sun Valley**                    **CA**    **91352**
          City                              State    ZIP Code

          **Name and address**

26d.3.    **Texas Bank and Trust**
          Name
          **101 S. Main Street**
          Street
          _____

          **Lindale**                      **TX**    **75771**
          City                              State    ZIP Code

27.    **Inventories**

       Have any inventories of the debtor's property been taken within 2 years before filing this case?

       ☐ No.

       ☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Dustin McDonald** | **11-01-2023** | $1,342,673.75 / Cost of Goods |

       **Name and address of the person who has possession of inventory records**

27.1.  _____
       Name
       _____
       Street
       _____

       _____
       City                              State    ZIP Code

28.    **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Corby Hall** | **580 AN CR 411**<br>**Palestine, TX 75803** | **Managing Member / Sole Member** | **100%** |

29.    **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

       ☑ No

       ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

| Debtor | **East Texas Machining & Manufacturing LLC** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.  **Corby Hall**
        Name
        **580 AN CR 411**
        Street
        _____

        **Palestine          TX    75803**
        City              State  ZIP Code

        **Relationship to debtor**
        **sole member**

Amount of money or description and value of property:
**royalties**
**$20,000.00**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.2.  **Corby Hall**
        Name
        **580 AN CR 411**
        Street
        _____

        **Palestine          TX    75803**
        City              State  ZIP Code

        **Relationship to debtor**
        **sole member**

Amount of money or description and value of property:
**owner draw and salary**
**$78,101.71**

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes.  Identify below.

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes.  Identify below.

Debtor   **East Texas Machining & Manufacturing LLC**   Case number (if known) _____
       Name

## Part 14:   Signature and Declaration

**WARNING** --Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/14/2023**_____
       MM / DD / YYYY

**X** **/s/ Corby Hall**_____   Printed name **Corby Hall**_____
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor **Managing Member**_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

</div>

In re  **East Texas Machining & Manufacturing LLC**     Case No. _____

                                                       Chapter   **11**_____

<div align="center">

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

</div>

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................................ **$26,300.00**

   Prior to the filing of this statement I have received....................................................... **$26,300.00**

   Balance Due................................................................................................................. **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **12/14/2023** | **/s/ Michael E Gazette** |
| *Date* | *Michael E Gazette*         Bar No.  077845000 |
| | Law Offices of Michael E Gazette |
| | 100 E Ferguson Street Suite 1000 |
| | Tyler, TX 75702 |
| | Phone: (903) 596-9911 / Fax: (903) 596-9922 |

---

**/s/ Corby Hall**

*Corby Hall*
*Managing Member*

**Fill in this information to identify the case:**

Debtor name    **East Texas Machining & Manufacturing LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | STV Engine 001, LLC 1003 Harvey Rd, Ste 200 College Station, TX 77840 | | Promissory note | Disputed | | | $656,845.16 |
| 2 | Axelbox Innovations 1003 Harvey Road, Ste 200 College Station, TX 77840 | | Services/breach of contract | Disputed | | | $300,000.00 |
| 3 | Texas Tactical Maching & Manufacturing 1003 Harvey Road, Ste 200 College Station, TX 77840 | | Services/breach of contract | Disputed | | | $266,650.00 |
| 4 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $218,273.75 |
| 5 | Bell Nunnally & Martin LLP 2323 Ross Avenue, Ste 1900 Dallas, TX 75201 | | legal services | Disputed | | | $104,791.84 |

| Debtor | **East Texas Machining & Manufacturing LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   F.J. Fedderson, Inc. 7501 Corporate Park Drive Loudon, TN 37774 | | materials/breach of contract | Disputed | | | $67,573.79 |
| 7   Texas Bank and Trust 101 S. Main Street Lindale, TX 75771 | | | | | | $40,000.00 |
| 8   Cerro Fabricated Products, LLC 300 Triangle Drive Weyers Cave, VA 24486 | | vendor | | | | $34,724.17 |
| 9   Bailes & Co., P.C. 1357 Dominion Plaza Tyler, TX 75703-1013 | | Accountant services | Disputed | | | $25,683.00 |
| 10   American Express P.O. Box 981535 El Paso, TX 79998-1535 | | Credit Card | | | | $23,154.60 |
| 11   Bodwell Vasek Wells DeSimone, LLP 8117 Preston Rd, Ste 460 Dallas, TX 75225 | | Accountant fees | | | | $21,221.55 |
| 12   Unique Extrusions, Inc. 10 County Line Drive Cromwell, CT 06416 | | Inventory | | | | $18,455.59 |
| 13   JN Construction 1412 S. Evenside Ave. Henderson, TX 75654 | | Consturction | | | | $17,800.00 |

Debtor   **East Texas Machining & Manufacturing LLC**                    Case number (if known) _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 14  Bootleg, Inc. 1340 S. Crooked Fence Lane Kuna, ID 83634 | | Inventory | | | | $13,000.00 |
| 15  Royal Case Company, Inc. P.O. Box 2027 Sherman, TX 75091 | | Inventory | | | | $7,220.16 |
| 16  Bank of America P.O. Box 17327 Wilmington, DE 19886-7237 | | Auto loan | | $54,500.77 | $48,000.00 | $6,500.77 |
| 17  Dead Foot Arms, LLC N6768 CR X Albany, WI 53502 | | Inventory | | | | $6,453.90 |
| 18  Trask Britt, PC 230 South 500 East, Ste 300 Salt Lake City, UT 84102 | | Legal services | | | | $5,412.55 |
| 19  Advanced Air Technologies 907 Millard Drive Henderson, TX 75652 | | equipment | | | | $4,892.35 |
| 20  Team Metal Finishing, Inc. 286 Clary Connector Eastanollee, GA 77840 | | Services/breach of contract | Disputed | | | $4,373.33 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

IN RE:  **East Texas Machining & Manufacturing LLC**                    CASE NO

                                                                        CHAPTER  **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/14/2023 _____              Signature  **/s/ Corby Hall** _____
                                                         **Corby Hall**
                                                         **Managing Member**

Date _____                  Signature _____

Advanced Air Technologies
907 Millard Drive
Henderson, TX 75652

Bodwell Vasek Wells DeSimone, L
8117 Preston Rd, Ste 460
Dallas, TX 75225

H&G Marketing

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Bootleg, Inc.
1340 S. Crooked Fence Lane
Kuna, ID 83634

HubSpot, Inc.
2 Canal Park
Cambriddge, MA 02141

Armor Contract Manufacturing
4600 N. Mason-Montgomery Road
Mason, OH 45040

Bootleg, Inc.
P.O. Box 44182
Boise, ID 83711

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Auburn Flores Media & Marketing
5044 West Arete Way
Herriman, UT 84096

Cerro Fabricated Products, LLC
300 Triangle Drive
Weyers Cave, VA 24486

JN Construction
1412 S. Evenside Ave.
Henderson, TX 75654

Axelbox Innovations
1003 Harvey Road, Ste 200
College Station, TX 77840

Cerro Fabricated Products, LLC
300 Triangle Circle
Weyers Cave, VA 24886

Kapitus LLC
2500 Wilson Blvd Ste 350
Arlington, VA 22201

Bailes & Co., P.C.
1357 Dominion Plaza
Tyler, TX 75703-1013

Corby Hall
13864 CR 4196D
Henderson, TX 75654

Kapitus, LLC
2500 Wilson Blvd, Ste 350
Arlington, VA 22201

Bank of America
P.O. Box 17327
Wilmington, DE 19886-7237

Corby Hall
13864 CR 4196 D
Henderson, Texas 75651

LedgerGurus
63 East 1200 North American
Fork, Utah 84003

Bell Nunnally & Martin LLP
2323 Ross Avenue, Ste 1900
Dallas, TX 75201

Dead Foot Arms, LLC
N6768 CR X
Albany, WI 53502

OuterWild
551 Tesler Road
Lake Zurich, IL 60047

Bernstein Stair & McAdams, LLP
116 Agnes Road
Knoxville, TN 37919-6306

F.J. Fedderson, Inc.
7501 Corporate Park Drive
Loudon, TN 37774

Remcon/North Corp.
7 Enterprise Court
Meredith, NH 03253

Bodwell Vasek Wells DeSimone
8117 Preston Rd #460
Dallas, TX 75225

Green Bay Drop Forge
1341 South State Street
Green Bay, WI 54304

Repputation Marketing
3151 Cumming Avenue
Cumming, IA 50061

RLCH Holdings, LL
13864 CR 4196D
Henderson, TX 75654

Team Metal Finishing, Inc.
286 Clary Connector
Eastanollee, GA 77840

RLCH Holdings, LLC
13864 CR 4196D
Henderson, TX 75654

Texas Bank
1815 US 79 N
Henderson, TX 75654

Royal Case Company, Inc.
P.O. Box 2027
Sherman, TX 75091

Texas Bank and Trust
101 S. Main Street
Lindale, TX 75771

Rusk County
202 N. Main Street
Henderson, TX 75652

Texas Tactical Maching & Manufa
1003 Harvey Road, Ste 200
College Station, TX 77840

Sand Hammer Forge
594 Bert Winston Road
Youngsville, NC 27596

Trask Britt, PC
230 South 500 East, Ste 300
Salt Lake City, UT 84102

Shaun Halberstadt
1555 CR 3802
Bullard, TX 75757

U.S. Trustee
Office of the U.S. Trustee
110 N. College Avene
Suite 300
Tyler, Texas 75702-7231

STV Engine 001, LLC
1003 Harvey Rd, Ste 200
College Station, TX 77840

Unique Extrusions, Inc.
10 County Line Drive
Cromwell, CT 06416

Swiss Automation, Inc.
1020 W. Northwest Hwy
Barrington IL 60010

Unique Extrusions, Inc.
10 County Line Drive
Cromwell, UT 06416

Swiss Automation, Inc.
1020 W. Northwest Hwy
Barrington, IL 60010

United States Attorney's Office
Eastern District of Texas
110 N. College
Suite 700
Tyler, Texas 75702-0204

T3 Networks
P.O. Box 470
Winona TX 75792

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

IN RE:                                                               CHAPTER   **11**
**East Texas Machining & Manufacturing LLC**


DEBTOR(S)                                                        CASE NO


# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| | | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**Managing Member**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.




Date:__**12/14/2023**_____            Signature:__**/s/ Corby Hall**_____
                                                                     *Corby Hall*
                                                                     **Managing Member**