**Fill in this information to identify the case:**

Debtor Name  East Texas Machining & Manufacturing, LLC

United States Bankruptcy Court for the: Eastern District of Texas

Case number:  23-60629

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  January 2024

Date report filed:  02/22/2024
MM / DD / YYYY

Line of business:  firearms manufacturing

NAISC code:  3329

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  East Texas Machining & Manufacturing LLC

Original signature of responsible party

Printed name of responsible party  Corby Hall

### ▮ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name **East Texas Machining & Manufacturing, LLC**      Case number **23-60629**

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 57,661.42

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.

$ 220,901.73

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.

– $ 151,993.81

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

+ $ 68,907.92

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 126,569.34

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

*(Exhibit E)*

$ 0.00

Debtor Name  East Texas Machining & Manufacturing, LLC          Case number 23-60629

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                   $  239,384.90

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                             7

27. What is the number of employees as of the date of this monthly report?                                6

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $       0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $  0.00

30. How much have you paid this month in other professional fees?                                  $       0.00

31. How much have you paid in total other professional fees since filing the case?                 $       0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>**Projected** | – | *Column B*<br>**Actual** | = | *Column C*<br>**Difference** |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. Cash receipts | $ 234,000.00 | – | $ 220,901.73 | = | $ 13,098.27 |
| 33. Cash disbursements | $ 177,000.00 | – | $ 151,993.81 | = | $ 25,006.19 |
| 34. Net cash flow | $ 57,000.00 | – | $ 68,907.92 | = | $ -11,907.26 |

35. Total projected cash receipts for the next month:                              $ 115,000.00

36. Total projected cash disbursements for the next month:                      – $ 113,000.00

37. Total projected net cash flow for the next month:                            = $   2,000.00

Debtor Name  East Texas Machining & Manufacturing, LLC          Case number 23-60629

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Cash Receipts
Exhibit C

| Date | Amount | Description |
|---|---|---|
| 1/2/2024 | $3,449.98 | Sales of Product |
| 1/2/2024 | $3,360.00 | Sales of Product |
| 1/2/2024 | $301.88 | RSR - Refund |
| 1/2/2024 | $1,040.00 | Sales of Product |
| 1/2/2024 | $5,840.00 | Sales of Product |
| 1/3/2024 | $133.99 | Sales of Product |
| 1/4/2024 | $5,187.00 | Sales of Product |
| 1/5/2024 | $50.00 | Sales of Product |
| 1/8/2024 | $1,838.43 | Sales of Product |
| 1/8/2024 | $1,842.69 | Sales of Product |
| 1/8/2024 | $2,291.10 | Sales of Product |
| 1/8/2024 | $23,202.80 | Sales of Product |
| 1/8/2024 | $2,960.00 | Sales of Product |
| 1/8/2024 | $4,080.00 | Sales of Product |
| 1/9/2024 | $1,715.00 | Sales of Product |
| 1/9/2024 | $3,080.77 | Sales of Product |
| 1/10/2024 | $8,226.19 | Sales of Product |
| 1/11/2024 | $1,225.00 | Sales of Product |
| 1/11/2024 | $9,990.00 | Sales of Product |
| 1/12/2024 | $1,600.00 | Sales of Product |
| 1/12/2024 | $2,178.17 | Sales of Product |
| 1/16/2024 | $1,590.26 | Sales of Product |
| 1/16/2024 | $3,342.71 | Sales of Product |
| 1/16/2024 | $3,743.80 | Sales of Product |
| 1/16/2024 | $7,439.57 | Sales of Product |
| 1/17/2024 | $0.90 | Bill.com account verification refund |
| 1/18/2024 | $27,572.33 | Sales of Product |
| 1/18/2024 | $1,680.00 | Sales of Product |
| 1/19/2024 | $0.47 | Credova account verification refund |
| 1/19/2024 | $0.49 | Credova account verification refund |
| 1/19/2024 | $715.85 | Sales of Product |
| 1/19/2024 | $10,099.34 | Sales of Product |
| 1/19/2024 | $252.18 | Sales of Product |
| 1/22/2024 | $1,787.45 | Sales of Product |
| 1/22/2024 | $4,312.68 | Sales of Product |
| 1/22/2024 | $8,673.64 | Sales of Product |
| 1/22/2024 | $10,000.00 | Sales of Product |
| 1/23/2024 | $7,718.11 | Sales of Product |
| 1/24/2024 | $5,997.85 | Sales of Product |
| 1/25/2024 | $2,573.70 | Sales of Product |
| 1/25/2024 | $2,851.00 | Sales of Product |
| 1/26/2024 | $2,661.00 | Sales of Product |

| Date | Amount | Description |
|---|---:|---|
| 1/26/2024 | $478.50 | Viktos - Refund |
| 1/29/2024 | $5,976.20 | Sales of Product |
| 1/29/2024 | $8,152.20 | Sales of Product |
| 1/29/2024 | $10,578.66 | Sales of Product |
| 1/30/2024 | $1,865.98 | Sales of Product |
| 1/30/2024 | $2,931.30 | Sales of Product |
| 1/31/2024 | $1,572.98 | Sales of Product |
| 1/31/2024 | $2,739.58 | Sales of Product |
| **Total Cash Receipts** | **$220,901.73** | |

**Cash Disbursements**
**Exhibit D**

| Date | Amount | Description |
|---|---:|---|
| 1/2/2024 | $12.79 | G Suite - Google Services |
| 1/2/2024 | $3,846.15 | Check #1002 - Payroll |
| 1/2/2024 | $50.61 | Arlo - Security Cameras |
| 1/2/2024 | $79.99 | Website Plugin |
| 1/2/2024 | $1,284.53 | Klaviyo - Email Marketing Software |
| 1/2/2024 | $108.24 | Microsoft - Service Fees |
| 1/2/2024 | $202.30 | Ammunition |
| 1/2/2024 | $230.26 | G Suite - Google Services  - Employee Email |
| 1/2/2024 | $95.10 | Celero Merchant Account fees |
| 1/2/2024 | $768.61 | Celero Merchant Account fees |
| 1/2/2024 | $1,716.84 | Sales Tax |
| 1/2/2024 | $3,372.96 | Insurance |
| 1/3/2024 | $32.18 | Hubspot - CRM |
| 1/3/2024 | $630.00 | Hubspot - CRM |
| 1/4/2024 | $2.00 | CC Processor Fees |
| 1/5/2024 | $730.15 | T3 Networks - IT Support |
| 1/5/2024 | $3,615.30 | Maxim Defense - Inventory |
| 1/5/2024 | $16.79 | Zoom Service Fee |
| 1/5/2024 | $49.95 | Verify Pass Service Fee - First Resonder Verif |
| 1/5/2024 | $79.00 | Fastbound Service Fee - A&D Books |
| 1/8/2024 | $5,478.00 | HuxWrx - Inventory |
| 1/8/2024 | $10.00 | Wire Submission Fee |
| 1/8/2024 | $49.00 | Website Plugin |
| 1/8/2024 | $50.00 | National Shooting Sports Foundation Fee |
| 1/8/2024 | $52.92 | Website Plugin |
| 1/8/2024 | $63.72 | Website Plugin |
| 1/8/2024 | $89.25 | Vimeo - Video Storage/Editing |
| 1/8/2024 | $1,624.83 | UPS |
| 1/8/2024 | $1,960.79 | UPS |
| 1/8/2024 | $327.08 | RSR - Inventory |
| 1/8/2024 | $6,099.00 | Web Development |
| 1/9/2024 | $339.50 | Amend2 - Inventory |
| 1/9/2024 | $1,975.00 | Green Bay Drop Forge - Materials |
| 1/9/2024 | $59.00 | Website Plugin |
| 1/9/2024 | $2,434.57 | Electricity |

| Date | Amount | Description |
|---|---|---|
| 1/10/2024 | $0.65 | Website Plugin |
| 1/10/2024 | $450.00 | Check #1003 - Storage Rental |
| 1/10/2024 | $64.79 | Website Plugin |
| 1/10/2024 | $90.00 | Product UPC Codes |
| 1/10/2024 | $23.00 | Toll Fees |
| 1/10/2024 | $1,000.00 | Sports Inc Trade Show Registration |
| 1/10/2024 | $3,200.00 | American Resistance Gear - Custom Cerakote |
| 1/10/2024 | $4,500.00 | Flores Media Marketing |
| 1/10/2024 | $352.49 | RSR - Inventory |
| 1/11/2024 | $66.46 | Fuel - picked up gear for SHOT Show 2024 |
| 1/11/2024 | $134.85 | McMaster-Carr - Materials |
| 1/11/2024 | $745.96 | Viktos - Inventory |
| 1/11/2024 | $17.00 | CC Processor Fees |
| 1/11/2024 | $21.24 | CC Processor Fees |
| 1/11/2024 | $1,303.78 | Avantlink - Affiliate Sales Commissions |
| 1/11/2024 | $2,175.11 | Customer Refund |
| 1/12/2024 | $949.04 | Payroll |
| 1/12/2024 | $1,250.26 | Payroll |
| 1/12/2024 | $1,333.23 | Payroll |
| 1/12/2024 | $1,667.34 | Payroll |
| 1/12/2024 | $1,943.13 | Payroll |
| 1/12/2024 | $2,006.84 | Payroll |
| 1/12/2024 | $3,846.15 | Payroll |
| 1/12/2024 | $111.93 | Slack Service Fee - Internal Employee Commu |
| 1/12/2024 | $2.50 | Goodsprings Water Service Fee |
| 1/12/2024 | $16.99 | Amazon Prime Fee |
| 1/12/2024 | $59.25 | Amazon - Tumbling Supplies |
| 1/12/2024 | $59.30 | Goodsprings Water - Utilities |
| 1/12/2024 | $195.40 | RSR - Inventory |
| 1/16/2024 | $254.94 | East Texas Telephone - Utilities |
| 1/16/2024 | $257.28 | GoDaddy - Web Domain |
| 1/16/2024 | $5.30 | Amazon Prime - Incorrect card charged, dedu |
| 1/16/2024 | $5.30 | Amazon Prime - Incorrect card charged, dedu |
| 1/16/2024 | $26.55 | Amazon - Tumbling Supplies |
| 1/16/2024 | $193.92 | Haley Strategic - Inventory |
| 1/16/2024 | $261.88 | Dot Cards (Digital Business Cards) - Office Su |
| 1/16/2024 | $1,561.87 | Amazon - Laser Engraver Enclosure - Tools |
| 1/16/2024 | $1,205.81 | RSR - Inventory |
| 1/17/2024 | $18,995.00 | Sand Hammer Forge - Materials |
| 1/17/2024 | $0.03 | Shell Oil Fuel Pre Authorization |
| 1/17/2024 | $43.25 | MyFico - Credit Monitoring |
| 1/17/2024 | $150.00 | Lightburn Software - Laser |
| 1/17/2024 | $2,366.05 | Alro Steel - Materials |
| 1/17/2024 | $3,294.98 | Vortex Optics - Inventory |
| 1/17/2024 | $0.90 | Bill.com - new account verification |
| 1/17/2024 | $1.10 | Credit card processor fees |
| 1/19/2024 | $1,027.66 | Airbnb for SHOT Show 2024 and LE Demo |

| Date | Amount | Description |
|---|---|---|
| 1/19/2024 | $76.75 | Dropbox Subscription |
| 1/19/2024 | $40.94 | Fuel - SHOT Show 2024 |
| 1/19/2024 | $64.66 | TXU Electric - Utilities |
| 1/19/2024 | $154.24 | Technitool - Tooling |
| 1/19/2024 | $315.01 | FedEx |
| 1/19/2024 | $641.96 | Round Trip Flight for 1 team member - SHOT |
| 1/19/2024 | $1,783.50 | Viktos - Inventory |
| 1/19/2024 | $2,091.27 | Technitool - Tooling |
| 1/19/2024 | $0.96 | Credova Account Verification |
| 1/19/2024 | $1,003.28 | State Sales Tax |
| 1/19/2024 | $3,362.96 | Property Insurance |
| 1/22/2024 | $47.97 | Fuel - SHOT Show 2024 |
| 1/22/2024 | $50.58 | Fuel - SHOT Show 2024 |
| 1/22/2024 | $60.00 | Fuel - SHOT Show 2024 |
| 1/22/2024 | $190.99 | Airbnb for SHOT Show 2024 |
| 1/23/2024 | $50.00 | Airbnb Authorization |
| 1/23/2024 | $1,850.00 | Check #1006 - Property Tax |
| 1/23/2024 | $682.50 | Hubspot - CRM |
| 1/24/2024 | $5.24 | Amazon Free Time - incorrect debit charged, |
| 1/24/2024 | $34.43 | McMaster-Carr - Materials |
| 1/24/2024 | $76.87 | Office Depot - Office Supplies |
| 1/24/2024 | $211.20 | McMaster-Carr - Materials |
| 1/24/2024 | $739.23 | FedEx |
| 1/25/2024 | $71.91 | Fuel - SHOT Show 2024 |
| 1/25/2024 | $15.00 | Parking - SHOT Show 2024 |
| 1/25/2024 | $18.00 | Parking - SHOT Show 2024 |
| 1/25/2024 | $68.43 | Meals for 4 - SHOT Show 2024 |
| 1/25/2024 | $184.00 | Adobe Service Charge |
| 1/26/2024 | $1,020.23 | Payroll |
| 1/26/2024 | $1,128.25 | Payroll |
| 1/26/2024 | $1,251.54 | Payroll |
| 1/26/2024 | $1,392.95 | Payroll |
| 1/26/2024 | $1,943.13 | Payroll |
| 1/26/2024 | $2,006.84 | Payroll |
| 1/26/2024 | $3,846.15 | Payroll |
| 1/26/2024 | $52.49 | Buddy Punch - Timekeeping Software |
| 1/26/2024 | $16.75 | Parking - SHOT Show 2024 |
| 1/26/2024 | $18.00 | Parking - SHOT Show 2024 |
| 1/26/2024 | $18.00 | Parking - SHOT Show 2024 |
| 1/26/2024 | $25.85 | In N Out - Meal for 3 - SHOT Show 2024 |
| 1/26/2024 | $36.30 | Parking - SHOT Show 2024 |
| 1/26/2024 | $42.34 | Meal for 3 - SHOT Show 2024 |
| 1/26/2024 | $349.00 | RedRock Outdoor Gear - Inventory |
| 1/26/2024 | $386.88 | XPO - Freight |
| 1/26/2024 | $435.00 | Viktos - Inventory |
| 1/26/2024 | $435.00 | Viktos Double Charge - Inventory |
| 1/26/2024 | $0.11 | CC Processor Fees |

| Date | Amount | Description |
|---|---|---|
| 1/26/2024 | $79.80 | Gusto Fees - Payroll Processor |
| 1/29/2024 | $155.63 | Ring Central - Utilities |
| 1/29/2024 | $40.45 | Fuel - SHOT Show 2024 |
| 1/29/2024 | $23.00 | Parking - SHOT Show 2024 |
| 1/29/2024 | $25.85 | In N Out - Meal for 3 - SHOT Show 2024 |
| 1/29/2024 | $44.20 | Meals for 4 - SHOT Show 2024 |
| 1/29/2024 | $46.53 | Fuel - SHOT Show 2024 |
| 1/29/2024 | $48.36 | Fuel - SHOT Show 2024 |
| 1/29/2024 | $49.13 | Fuel - SHOT Show 2024 |
| 1/29/2024 | $58.99 | Meals for 4 - SHOT Show 2024 |
| 1/29/2024 | $147.69 | Amazon - Inventory |
| 1/29/2024 | $1,262.50 | SHOT 2025 Deposit |
| 1/29/2024 | $7,963.44 | 5.11 - Inventory |
| 1/30/2024 | $921.72 | B5 Systems - Inventory |
| 1/30/2024 | $5,000.00 | Armor Contract - Inventory |
| 1/30/2024 | $55.00 | Fuel - SHOT Show 2024 |
| 1/30/2024 | $199.22 | Check #1001 - Automation Technologies - M |
| 1/30/2024 | $162.15 | Hotel - SHOT Show 2024 |
| 1/30/2024 | $850.00 | Gardner Industries - Materials |
| 1/30/2024 | $4,435.91 | Axem Distributing - Materials |
| 1/30/2024 | $4,666.71 | RSR - Inventory |
| 1/31/2024 | $50.61 | Arlo - Security Cameras |
| 1/31/2024 | $1,205.00 | Klaviyo - Email Marketing Software |
| 1/31/2024 | $4.56 | Amazon Prime - Incorrect card charged, dedi |
| 1/31/2024 | $130.00 | Tia Juanita's - Business meeting with Kyle Rit |
| 1/31/2024 | $268.23 | Hook and Loop.com - Inventory |
| 1/31/2024 | $483.51 | Technitool - Tooling |
| 1/31/2024 | $493.68 | Airbnb - Nations Best Sports (NBS) Show |
| 1/31/2024 | $50.33 | CC Processor Fees |
| **Total Disbursements** | **$151,993.81** | |

Receivables
Exhibit F

| | |
|---|---|
| Gun Effects | $2,812.20 |
| Jay's SG | $16,800.00 |
| Fort Thompson | $1,680.00 |
| South Shore | $4,800.00 |
| Bill Hicks | $77,482.00 |
| Powerhorn | $5,040.00 |
| Parro's | $17,680.00 |
| LL Cote | $6,640.00 |
| Bridge Sports | $1,680.00 |
| Volusia Top Gun | $7,200.00 |
| Bill Jackson | $9,120.00 |
| Shooters Firearms | $12,480.00 |
| Kittery | $16,800.00 |

| | |
|---|---|
| Los Caza | $4,800.00 |
| Florida Atlantic | $6,747.00 |
| Vevay PD | $7,194.00 |
| H&G Outdoors | $15,963.70 |
| Michiana Firearms | $2,820.00 |
| Delta 3 Tactical | $7,045.00 |
| Full Mag | $3,200.00 |
| E. Breining | $1,599.00 |
| E. Ellersieck | $2,650.00 |
| P. Tatosian | $4,401.00 |
| O. Magee | $2,751.00 |
| **Total Receivables** | **$239,384.90** |



**TEXAS BANK AND TRUST**

P. O. Box 3188
Longview, TX 75606

```
*0004035    84
EAST TEXAS MACHINING & MANUFACTURING LLC
DEBTOR IN POSSESSION CASE # 23-60629
13864 CR 4196 D
HENDERSON TX 75654
```



# Go. See. Do.
...and take us with you!

TB&T debit card customers can access their funds wherever they travel with **55,000** Allpoint Surcharge-Free ATMS Worldwide!

**TEXAS BANK AND TRUST**

Find the nearest ALLPOINT ATM location @ www.texasbankandtrust.com   MEMBER FDIC

## TBT MyFREE BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account Number | 5950 | Balance on 01/01/24 | 57,661.42 |
| Date From | 01/01/24 | Deposits ( 50 ) | + 220,901.73 |
| Date To | 01/31/24 | Interest Paid | + 0.00 |
| Days in Statement Period | 31 | Checks/Debits ( 158 ) | - 151,993.81 |
| Average Ledger | 91,339.81 | Service Charge | - 0.00 |
| Average Collected | 90,451.63 | Balance on 01/31/24 | 126,569.34 |

### *Deposits and Other Credits*

| Date | Description | Amount |
|---|---|---|
| 01/02/24 | CR CD DEP  BANKCARD CCD  000923700171165 | 3,449.98 |
| 01/02/24 | RDA CHECKING DEPOSIT | 3,360.00 |
| 01/02/24 | RDA CHECKING DEPOSIT | 301.88 |
| 01/02/24 | RDA CHECKING DEPOSIT | 1,040.00 |
| 01/02/24 | RDA CHECKING DEPOSIT | 5,840.00 |
| 01/03/24 | CR CD DEP  BANKCARD CCD  000923700171165 | 133.99 |
| 01/04/24 | CR CD DEP  BANKCARD CCD  000923700171165 | 5,187.00 |
| 01/05/24 | CR CD DEP  BANKCARD CCD  000923700171165 | 50.00 |
| 01/08/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 1,838.43 |
| 01/08/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 1,842.69 |
| 01/08/24 | CR CD DEP  BANKCARD CCD  000923700171165 | 2,291.10 |
| 01/08/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 23,202.80 |
| 01/08/24 | RDA CHECKING DEPOSIT | 2,960.00 |
| 01/08/24 | RDA CHECKING DEPOSIT | 4,080.00 |
| 01/09/24 | CR CD DEP  BANKCARD CCD  000923700171165 | 1,715.00 |
| 01/09/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 3,080.77 |
| 01/10/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 8,226.19 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt contact us immediately. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1)   Tell us your name and account number.

    (2)   Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

    (3)   Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take 45 days to investigate your complaint or question (or 90 days in the case of a new account, point of sale transaction, or a foreign initiated transfer). If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made, if you are a new customer.

We will tell you the result within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

## STATEMENT RECONCILIATION

1. BALANCE SHOWN ON THIS STATEMENT $ _____

2. PLUS DEPOSITS NOT SHOWN ON
   STATEMENT             ========================

              SUB TOTAL _____

3. LESS OUTSTANDING CHECKS-DRAFTS
   (THOSE SHOWN IN YOUR CHECK BOOK BUT
   NOT ON STATEMENT)    ========================

   TOTAL             $ _____

ABOVE TOTAL SHOULD AGREE WITH THAT SHOWN IN YOUR CHECK BOOK, LESS ANY ACTIVITY CHARGE MADE PLUS ANY INTEREST PAID.

| CHECKS OUTSTANDING | |
|---|---|
| NO. | ACCOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

## Deposits and Other Credits (continued)

| Date | Description | Amount |
|---|---|---|
| 01/11/24 | CR CD DEP  BANKCARD CCD  000923700171165 | 1,225.00 |
| 01/11/24 | RDA CHECKING DEPOSIT | 9,990.00 |
| 01/12/24 | CR CD DEP  BANKCARD CCD  000923700171165 | 1,600.00 |
| 01/12/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 2,178.17 |
| 01/16/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 1,590.26 |
| 01/16/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 3,342.71 |
| 01/16/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 3,743.80 |
| 01/16/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 7,439.57 |
| 01/17/24 | ACCTVERIFY Bill.com CCD  025DKDXGRWRIBRT | 0.90 |
| 01/18/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 27,572.33 |
| 01/18/24 | RDA CHECKING DEPOSIT | 1,680.00 |
| 01/19/24 | ACCTVERIFY Checkbook Inc CCD | 0.47 |
| 01/19/24 | ACCTVERIFY Checkbook Inc CCD | 0.49 |
| 01/19/24 | CR CD DEP  BANKCARD CCD  000923700171165 | 715.85 |
| 01/19/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 10,099.34 |
| 01/19/24 | RDA CHECKING DEPOSIT | 252.18 |
| 01/22/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 1,787.45 |
| 01/22/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 4,312.68 |
| 01/22/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 8,673.64 |
| 01/22/24 | AchCollect ET MACHINING & M PPD | 10,000.00 |
| 01/23/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 7,718.11 |
| 01/24/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 5,997.85 |
| 01/25/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 2,573.70 |
| 01/25/24 | CR CD DEP  BANKCARD CCD  000923700171165 | 2,851.00 |
| 01/26/24 | CR CD DEP  BANKCARD CCD  000923700171165 | 2,661.00 |
| 01/26/24 | POS CRE 0000 01/25/24 85445297 VIKTOS LLC JANESVILLE    WI C#4773 | 478.50 |
| 01/29/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 5,976.20 |
| 01/29/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 8,152.20 |
| 01/29/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 10,578.66 |
| 01/30/24 | CR CD DEP  BANKCARD CCD  000923700171165 | 1,865.98 |
| 01/30/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 2,931.30 |
| 01/31/24 | BUSINESS  Credova Financia CCD | 1,572.98 |
| 01/31/24 | BUSINESS  Alabama Credit U CCD | 2,739.58 |

## Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 01/02/24 | DBT CRD 1017 01/01/24 86318800 GOOGLE  GSUITE easttex 650-2530000   CA C#2264 | 12.79- |
| 01/02/24 | DBT CRD 0929 12/31/23 57930772 ARLO TECHNOLOGIES INC 408-638-3750 CA C#2264 | 50.61- |
| 01/02/24 | DBT CRD 1151 12/31/23 42659891 YITHEMES.COM SANTA CRUZ DE ES C#2264 | 79.99- |
| 01/02/24 | DBT CRD 2332 12/31/23 99302208 KLAVIYO INC. SOFTWARE KLAVIYO.COM  MA C#2264 | 1,284.53- |
| 01/02/24 | DBT CRD 0704 12/31/23 70853398 MICROSOFT*STORE MSBILL.INFO  WA C#2264 | 108.24- |
| 01/02/24 | DBT CRD 2059 12/30/23 07680169 MIWALL AMMO - ECOMMERC 530-273-1047  CA C#2264 | 202.30- |
| 01/02/24 | DBT CRD 0714 01/01/24 76428713 GOOGLE *GSUITE FOLDAR. 650-2530000   CA C#2264 | 230.26- |
| 01/02/24 | MTHLY DISC BANKCARD CCD  000923700155234 | 95.10- |
| 01/02/24 | MTHLY DISC BANKCARD CCD  000923700171165 | 768.61- |
| 01/02/24 | DD      WEBFILE TAX PYMT CCD  902/74400927 | 1,716.84- |
| 01/02/24 | PAYMENTS  BANKDIRECT CAPIT CCD  15751437 | 3,372.96- |
| 01/03/24 | J2025 RCUR HUBSPOT INC. CCD  CZ100005G27CC | 32.18- |
| 01/03/24 | J2025 RCUR HUBSPOT INC. CCD  CZ100005G24QC | 630.00- |
| 01/04/24 | DEBIT MEMO | 2.00- |
| 01/05/24 | ACH Payments Tracking ID:34871 3 | 730.15- |
| 01/05/24 | ACH Payments Tracking ID:34834 3 | 3,615.30- |

## Withdrawals and Other Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 01/05/24 | DBT CRD 1031 01/04/24 95117833 ZOOM.US 888-799-9666 WWW.ZOOM.US   CA C#4773 | 16.79- |
| 01/05/24 | DBT CRD 1111 01/04/24 19148512 VERIFYPASS.COM HTTPSVERIFYPA CA C#2264 | 49.95- |
| 01/05/24 | DBT CRD 0701 01/04/24 68835110 FASTBOUND.COM HTTPSWWW.FAST CA C#2264 | 79.00- |
| 01/08/24 | WIRE TRANSFER DEBIT OSS Suppressors LLC 124000737 445011011670 280 W Central Ave Millcreek, UT 84107 Key Bank 20240108MMQFMPJR000105 20240108MMQFMPWD005920 01081758FT01 | 5,478.00- |
| 01/08/24 | WIRE TRANSFER FEE | 10.00- |
| 01/08/24 | DBT CRD 1243 01/05/24 74172495 THEMEHIGH ABU DHABI    AX C#2264 | 49.00- |
| 01/08/24 | DBT CRD 1831 01/07/24 19160878 NATIONAL SHOOTING SPOR 866-4350666  CT C#2264 | 50.00- |
| 01/08/24 | DBT CRD 2056 01/06/24 05694143 WOO-5109171100 HTTPSWOOCOMME CA C#2264 | 52.92- |
| 01/08/24 | DBT CRD 2101 01/06/24 08781175 WOO-5109171135 HTTPSWOOCOMME CA C#2264 | 63.72- |
| 01/08/24 | DBT CRD 0834 01/06/24 24714183 VMO*VIMEO.COM 848-359-5618 NY C#2264 | 89.25- |
| 01/08/24 | DBT CRD 1139 01/05/24 35633719 UPS*BILLING CENTER 800-811-1648  GA C#4773 | 1,624.83- |
| 01/08/24 | DBT CRD 1150 01/05/24 42277299 UPS*BILLING CENTER 800-811-1648  GA C#4773 | 1,960.79- |
| 01/08/24 | PURCHASE  RSR GROUP INC. CCD  407 677 6114 | 327.08- |
| 01/08/24 | SALE      DEVVLY, LLC CCD | 6,099.00- |
| 01/09/24 | ACH Payments Tracking ID:34929 3 | 339.50- |
| 01/09/24 | ACH Payments Tracking ID:34975 6 | 1,975.00- |
| 01/09/24 | DBT CRD 1144 01/08/24 38568916 TYCHE SOFTWARES HTTPSWWW.TYCH CA C#2264 | 59.00- |
| 01/09/24 | DBT CRD 1523 01/08/24 70351340 RUSK COUNTY ELECTRIC C 903-657-4571 TX C#4773 | 2,434.57- |
| 01/10/24 | Int Fee 1055 01/10/24 42198909 WOOCOMMERCE PDF INVOIC ROTTERDAM   00 C# 2264 | 0.65- |
| 01/10/24 | DBT CRD 1150 01/09/24 42198909 WOOCOMMERCE PDF INVOIC ROTTERDAM   NL C#2264 | 64.79- |
| 01/10/24 | POS DEB 1217 01/10/24 12559881 UPCs.com UPC Codes UPCs.com UPC Codes San Jose    CA C#2264 | 90.00- |
| 01/10/24 | DBT CRD 1455 01/09/24 53089234 KTA VIDEO TOLL WICHITA     KS C#4773 | 23.00- |
| 01/10/24 | DBT CRD 0907 01/09/24 44505740 SPORTS INC 406-5383496   MT C#4773 | 1,000.00- |
| 01/10/24 | DBT CRD 1000 01/09/24 76058986 AMERICAN RESISTANCE GE NACOGDOCHES  TX C#4773 | 3,200.00- |
| 01/10/24 | DBT CRD 1013 01/09/24 83898260 IN *AUBURN FLORES MEDI 970-3728644  UT C#2264 | 4,500.00- |
| 01/10/24 | PURCHASE  RSR GROUP INC. CCD  407 677 6114 | 352.49- |
| 01/11/24 | DBT CRD 1325 01/10/24 95560966 AUSTONIO STOP CROCKETT    TX C#2264 | 66.46- |
| 01/11/24 | DBT CRD 0030 01/09/24 34439383 MCMASTER-CARR 630-834-9600  IL C#2264 | 134.85- |
| 01/11/24 | DBT CRD 1046 01/10/24 04089709 VIKTOS LLC JANESVILLE    WI C#4773 | 745.96- |
| 01/11/24 | PREAUTHPMT Celero-PIGATEWAY CCD  98802726 | 17.00- |
| 01/11/24 | PREAUTHPMT Celero-MOBILEPAY CCD  98796818 | 21.24- |
| 01/11/24 | AVANT BILL DYNAMIC WEB SOUR CCD  24957 | 1,303.78- |
| 01/11/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 2,175.11- |
| 01/12/24 | ACH Payments Tracking ID:35130 8 | 949.04- |
| 01/12/24 | ACH Payments Tracking ID:35130 9 | 1,250.26- |
| 01/12/24 | ACH Payments Tracking ID:35131 0 | 1,333.23- |
| 01/12/24 | ACH Payments Tracking ID:35130 6 | 1,667.34- |
| 01/12/24 | ACH Payments Tracking ID:35129 6 | 1,943.13- |
| 01/12/24 | ACH Payments Tracking ID:35129 7 | 2,006.84- |
| 01/12/24 | ACH Payments Tracking ID:35129 5 | 3,846.15- |
| 01/12/24 | DBT CRD 0505 01/11/24 99007924 SLACK T02E30A9CJX HTTPSSLACK.CO CA C#2264 | 111.93- |
| 01/12/24 | DBT CRD 1240 01/10/24 72599547 PAYSTAR 318-455-8678  LA C#2264 | 2.50- |
| 01/12/24 | DBT CRD 1338 01/11/24 06984087 Prime Video Channels amzn.com/bill WA C#2264 | 16.99- |
| 01/12/24 | DBT CRD 2245 01/11/24 71371516 AMZN Mktp US*RT9QT69S0 Amzn.com/bill WA C#2264 | 59.25- |
| 01/12/24 | DBT CRD 1240 01/11/24 72580376 GOODSPRINGS WATER SUPP 903-854-4201 TX C#2264 | 59.30- |
| 01/12/24 | PURCHASE  RSR GROUP INC. CCD  407 677 6114 | 195.40- |
| 01/16/24 | DBT CRD 0129 01/14/24 69885439 EASTEX TELEPHONE COOPE 903-8541000  TX C#2264 | 254.94- |
| 01/16/24 | POS DEB 1527 01/12/24 00137875 DNH*GODADDY.COM DNH*GODADDY.COM TEMPE     AZ C#2264 | 257.28- |
| 01/16/24 | DBT CRD 1436 01/14/24 42050915 Prime Video Channels amzn.com/bill WA C#2264 | 5.30- |
| 01/16/24 | DBT CRD 2032 01/14/24 91440578 Prime Video *R80L66NH0 888-802-3080  WA C#2264 | 5.30- |
| 01/16/24 | DBT CRD 1932 01/12/24 55627789 AMZN Mktp US*RT74Y3ZM1 Amzn.com/bill WA C#2264 | 26.55- |
| 01/16/24 | DBT CRD 1803 01/14/24 01953940 HALEY STRATEGIC PARTNE 480-351-8066 AZ C#2264 | 193.92- |
| 01/16/24 | DBT CRD 2338 01/15/24 02936613 SP DOT CARDS HTTPSNETWORKI GA C#4773 | 261.88- |

0004035

6250TEXAS

82322000X..002

26PDP

## *Withdrawals and Other Debits* (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 01/16/24 | DBT CRD 2223 01/14/24 57875904 AMZN Mktp US*RT2Q10HG2 Amzn.com/bill WA C#2264 | 1,561.87- |
| 01/16/24 | PURCHASE  RSR GROUP INC. CCD  407 677 6114 | 1,205.81- |
| 01/17/24 | ACH Payments Tracking ID:35211 1 | 18,995.00- |
| 01/17/24 | DBT CRD 1314 01/15/24 92501487 SHELL OIL 57545524209 PALESTINE   TX C#2264 | 0.03- |
| 01/17/24 | DBT CRD 2123 01/15/24 22004061 MYFICO.COM 800-3194433  CA C#4773 | 43.25- |
| 01/17/24 | DBT CRD 1643 01/16/24 17978441 SP LIGHTBURN SOFTWAR HTTPSLIGHTBUR CA C#2264 | 150.00- |
| 01/17/24 | DBT CRD 1614 01/16/24 00434810 ALRO STEEL CORP 800-5284800  MI C#2264 | 2,366.05- |
| 01/17/24 | DBT CRD 1516 01/16/24 65765059 VORTEX OPTICS 800-4260048  WI C#4773 | 3,294.98- |
| 01/17/24 | ACCTVERIFY Bill.com CCD  025DKDXGRWRIBRT | 0.90- |
| 01/17/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 1.10- |
| 01/19/24 | ACH Payments Tracking ID:35335 4 | 1,027.66- |
| 01/19/24 | DBT CRD 0936 01/18/24 61770928 DROPBOX*ZYCMR8KNXSNK DROPBOX.COM  CA C#2264 | 76.75- |
| 01/19/24 | POS DEB 0924 01/19/24 32078300 RED S 1901 CROCKETT RD PALESTINE   TX C#2264 | 40.94- |
| 01/19/24 | DBT CRD 1044 01/18/24 02469658 TXU*BILL PAYMENT 800-242-9113 TX C#4773 | 64.66- |
| 01/19/24 | DBT CRD 1046 01/18/24 03992782 TECHNI-TOOL INC - MOTO 972-412-4550 TX C#4773 | 154.24- |
| 01/19/24 | DBT CRD 1056 01/18/24 10004650 FEDEX74144930 800-4633339  TN C#4773 | 315.01- |
| 01/19/24 | DBT CRD 2025 01/17/24 87259036 SOUTHWES  5262246722 800-435-9792 TX C#2264 | 641.96- |
| 01/19/24 | DBT CRD 0842 01/18/24 29325337 VIKTOS LLC JANESVILLE  WI C#4773 | 1,783.50- |
| 01/19/24 | DBT CRD 1045 01/18/24 03340026 TECHNI-TOOL INC - MOTO 972-412-4550 TX C#4773 | 2,091.27- |
| 01/19/24 | ACCTVERIFY CREDOVA FINANCIA CCD | 0.96- |
| 01/19/24 | DD      WEBFILE TAX PYMT CCD  902/74588708 | 1,003.28- |
| 01/19/24 | PAYMENTS  BANKDIRECT CAPIT CCD  16031172 | 3,362.96- |
| 01/22/24 | POS DEB 1121 01/20/24 00003758 ALON DK #51218 19765 US HIGHWAY 2 HARROLD      TX C#2264 | 47.97- |
| 01/22/24 | POS DEB 0009 01/21/24 85586700 MYSTIC MART 2020 S MILTON RD FLAGSTAFF    AZ C#2264 | 50.58- |
| 01/22/24 | POS DEB 1905 01/20/24 00798209 LISA S HANA TRAV 820 CENTRAL AVENUE MORIARTY    NM C#2264 | 60.00- |
| 01/22/24 | DBT CRD 0730 01/19/24 86286326 AIRBNB HMM49R4XZT 4158005959   CA C#2264 | 190.99- |
| 01/23/24 | DBT CRD 0008 01/22/24 21109386 AIRBNB  INC AIRBNB.COM  CA C#2264 | 50.00- |
| 01/23/24 | J2045 RCUR HUBSPOT INC. CCD  CZ100005NZVRC | 682.50- |
| 01/24/24 | DBT CRD 1549 01/23/24 85847283 AMZNFreeTime*R86225WC2 888-802-3080 WA C#2264 | 5.24- |
| 01/24/24 | DBT CRD 0116 01/22/24 62155231 MCMASTER-CARR 630-834-9600 IL C#2264 | 34.43- |
| 01/24/24 | DBT CRD 1556 01/22/24 90199088 OFFICE DEPOT #2715 LAS VEGAS   NV C#4773 | 76.87- |
| 01/24/24 | DBT CRD 0115 01/22/24 61263204 MCMASTER-CARR 630-834-9600 IL C#2264 | 211.20- |
| 01/24/24 | DBT CRD 1256 01/23/24 81916174 FEDEX OFFIC60700056077 LAS VEGAS   NV C#4773 | 739.23- |
| 01/25/24 | POS DEB 2318 01/24/24 83436800 S&S #16 3810 BLUE DIAMOND LAS VEGAS   NV C#2264 | 71.91- |
| 01/25/24 | DBT CRD 2350 01/24/24 10524026 VENETIAN RESORT PARKIN LAS VEGAS   NV C#2264 | 15.00- |
| 01/25/24 | DBT CRD 1904 01/24/24 38782889 VENETIAN RESORT PARKIN LAS VEGAS   NV C#2264 | 18.00- |
| 01/25/24 | DBT CRD 1503 01/23/24 57893329 EXPO & CONV CTR LAS VEGAS   NV C#2264 | 68.43- |
| 01/25/24 | DBT CRD 1113 01/24/24 19884339 ADOBE INC. 408-536-6000 CA C#2264 | 184.00- |
| 01/26/24 | ACH Payments Tracking ID:35565 7 | 1,020.23- |
| 01/26/24 | ACH Payments Tracking ID:35566 1 | 1,128.25- |
| 01/26/24 | ACH Payments Tracking ID:35566 2 | 1,251.54- |
| 01/26/24 | ACH Payments Tracking ID:35565 5 | 1,392.95- |
| 01/26/24 | ACH Payments Tracking ID:35567 4 | 1,943.13- |
| 01/26/24 | ACH Payments Tracking ID:35567 3 | 2,006.84- |
| 01/26/24 | ACH Payments Tracking ID:35565 3 | 3,846.15- |
| 01/26/24 | DBT CRD 1045 01/25/24 03451398 BUDDY PUNCH HTTPSBUDDYPUN WI C#4773 | 52.49- |
| 01/26/24 | DBT CRD 1241 01/24/24 73004935 EXPO & CONV CTR LAS VEGAS   NV C#2264 | 16.75- |
| 01/26/24 | DBT CRD 0058 01/24/24 51025825 BELLAGIO HTL SELF PARK LAS VEGAS    NV C#2264 | 18.00- |
| 01/26/24 | DBT CRD 1918 01/25/24 46929581 VENETIAN RESORT PARKIN LAS VEGAS   NV C#2264 | 18.00- |
| 01/26/24 | DBT CRD 0130 01/25/24 70545396 IN-N-OUTLV-BLUEDIAMOND LAS VEGAS   NV C#2264 | 25.85- |
| 01/26/24 | DBT CRD 1442 01/24/24 45552080 EXPO & CONV CTR LAS VEGAS   NV C#2264 | 36.30- |
| 01/26/24 | DBT CRD 1540 01/24/24 80456131 EXPO & CONV CTR LAS VEGAS   NV C#2264 | 42.34- |

## Withdrawals and Other Debits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 01/26/24 | DBT CRD 1329 01/26/24 01858005 RED ROCK OUTDOOR GEAR ROBINSON    TX C#4773 | 349.00- |
| 01/26/24 | DBT CRD 1504 01/25/24 58942021 XPO LOGISTICS FREIGHT 203-489-1317  OR C#4773 | 386.88- |
| 01/26/24 | DBT CRD 1019 01/25/24 87971621 VIKTOS LLC JANESVILLE    WI C#4773 | 435.00- |
| 01/26/24 | DBT CRD 1129 01/25/24 29656581 VIKTOS LLC JANESVILLE    WI C#4773 | 435.00- |
| 01/26/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 0.11- |
| 01/26/24 | FEE 064112 GUSTO CCD  6semk07oai6 | 79.80- |
| 01/29/24 | DBT CRD 1120 01/26/24 24134611 RINGCENTRAL INC. 888-898-4591 CA C#2264 | 155.63- |
| 01/29/24 | POS DEB 1708 01/28/24 25953800 TAYLOR FOOD #2030 331 W 1ST CLAUDE     TX C#2264 | 40.45- |
| 01/29/24 | DBT CRD 1837 01/26/24 22404084 VENETIAN RESORT PARKIN LAS VEGAS    NV C#2264 | 23.00- |
| 01/29/24 | DBT CRD 0217 01/26/24 98382398 IN-N-OUTLV-BLUEDIAMOND LAS VEGAS    NV C#2264 | 25.85- |
| 01/29/24 | DBT CRD 1412 01/25/24 27298307 EXPO & CONV CTR LAS VEGAS    NV C#2264 | 44.20- |
| 01/29/24 | DBT CRD 1514 01/27/24 57383461 LAST STOP TRAVEL WHITE HILLS    AZ C#2264 | 46.53- |
| 01/29/24 | DBT CRD 1458 01/27/24 55050652 BUFFALO BBQ WHITE HILLS  AZ C#2264 | 48.36- |
| 01/29/24 | DBT CRD 2133 01/27/24 26355652 SHELL SERVICE STATION GALLUP    NM C#2264 | 49.13- |
| 01/29/24 | DBT CRD 1443 01/26/24 45946230 EXPO & CONV CTR LAS VEGAS    NV C#2264 | 58.99- |
| 01/29/24 | DBT CRD 2325 01/28/24 95460520 Amazon Prime*R05LT2QT2 Amzn.com/bill WA C#2264 | 147.69- |
| 01/29/24 | DBT CRD 1833 01/25/24 19970771 SHOTEPAY 866-4350666  CT C#2264 | 1,262.50- |
| 01/29/24 | DBT CRD 1436 01/28/24 41626789 5.11, INC. 949-8001511  CA C#4773 | 7,963.44- |
| 01/30/24 | ACH Payments Tracking ID:35694 1 | 921.72- |
| 01/30/24 | ACH Payments Tracking ID:35683 4 | 5,000.00- |
| 01/30/24 | DBT CRD 1051 01/29/24 01870312 SHELL SERVICE STATION BUFFALO    TX C#2264 | 55.00- |
| 01/30/24 | DBT CRD 2341 01/28/24 04692754 RT 66 HOTEL 5053527829    NM C#2264 | 162.15- |
| 01/30/24 | DBT CRD 1222 01/29/24 61717746 GARDNER INDUSTRIES INC 918-583-0171  OK C#4773 | 850.00- |
| 01/30/24 | DBT CRD 1124 01/29/24 26408144 AXEM DISTRIBUTING INC 805-231-1460  KY C#4773 | 4,435.91- |
| 01/30/24 | PURCHASE   RSR GROUP INC. CCD  407 677 6114 | 4,666.71- |
| 01/31/24 | DBT CRD 2310 01/30/24 86380349 ARLO TECHNOLOGIES INC 408-638-3750 CA C#2264 | 50.61- |
| 01/31/24 | DBT CRD 2332 01/31/24 99732069 KLAVIYO INC. SOFTWARE KLAVIYO.COM  MA C#2264 | 1,205.00- |
| 01/31/24 | DBT CRD 2139 01/31/24 31976393 Prime Video *R26OR1LG2 888-802-3080 WA C#2264 | 4.56- |
| 01/31/24 | DBT CRD 1835 01/30/24 21404186 TIA JUANITAS S FISH CA HENDERSON    TX C#2264 | 130.00- |
| 01/31/24 | DBT CRD 0845 01/30/24 31086037 HOOKANDLOOP.COM 904-721-7196  FL C#4773 | 268.23- |
| 01/31/24 | DBT CRD 1148 01/30/24 40860094 TECHNI-TOOL INC - MOTO 972-412-4550 TX C#4773 | 483.51- |
| 01/31/24 | DBT CRD 0646 01/30/24 60006360 AIRBNB  HM85SE3XQJ 4158005959    CA C#2264 | 493.68- |
| 01/31/24 | MERCH SETL EPX ST 034364663 CCD  3130034364663 | 50.33- |

## Checks in Numerical Order

| Date | Check Number | Amount | Date | Check Number | Amount | Date | Check Number | Amount |
|------|------|-------:|------|------|-------:|------|------|-------:|
| 01/30 | 1001 | 199.22 | 01/10 | 1003 | 450.00 | 01/23 | 1006* | 1,850.00 |
| 01/02 | 1002 | 3,846.15 | | | | | | |

*Indicates break in check number sequence*

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|
| 01/01 | 57,661.42 | 01/11 | 85,794.51 | 01/23 | 122,941.71 |
| 01/02 | 59,884.90 | 01/12 | 76,131.32 | 01/24 | 127,872.59 |
| 01/03 | 59,356.71 | 01/16 | 88,474.81 | 01/25 | 132,939.95 |
| 01/04 | 64,541.71 | 01/17 | 63,624.40 | 01/26 | 121,594.84 |
| 01/05 | 60,100.52 | 01/18 | 92,876.73 | 01/29 | 136,436.13 |
| 01/08 | 80,510.95 | 01/19 | 93,381.87 | 01/30 | 124,942.70 |
| 01/09 | 80,498.65 | 01/22 | 117,806.10 | 01/31 | 126,569.34 |
| 01/10 | 79,043.91 | | | | |

**Texas Bank and Trust**
815950

---

**Remote Deposit**                                      Credit

Treasury Management
*Mobile Micro Business Capture EAST TEXAS*
300 E Whaley ST
Longview, Texas 75601
903-237-5500

| | |
|---|---|
| Date: | 1/2/2024 |
| Items: | 1 |
| Amount: | $3,360.00 |
| Batch ID: | 19791274674 |
| Account ID: | |
| Acct Num: | 5950 |
| AuxOnUs: | 1612824798 |

Deposit Amount $3,360.00 Date 1/2/2024

---

**Remote Deposit**                                      Credit

Treasury Management
*Mobile Micro Business Capture EAST TEXAS*
300 E Whaley ST
Longview, Texas 75601
903-237-5500

| | |
|---|---|
| Date: | 1/2/2024 |
| Items: | 1 |
| Amount: | $301.88 |
| Batch ID: | 19791274754 |
| Account ID: | |
| Acct Num: | 5950 |
| AuxOnUs: | 1612844746 |

Deposit Amount $301.88 Date 1/2/2024

---

**Remote Deposit**                                      Credit

Treasury Management
*Mobile Micro Business Capture EAST TEXAS*
300 E Whaley ST
Longview, Texas 75601
903-237-5500

| | |
|---|---|
| Date: | 1/2/2024 |
| Items: | 1 |
| Amount: | $1,040.00 |
| Batch ID: | 19791274914 |
| Account ID: | |
| Acct Num: | 5950 |
| AuxOnUs: | 1612848258 |

Deposit Amount $1,040.00 Date 1/2/2024

---

**Remote Deposit**                                      Credit

Treasury Management
*Mobile Micro Business Capture EAST TEXAS*
300 E Whaley ST
Longview, Texas 75601
903-237-5500

| | |
|---|---|
| Date: | 1/2/2024 |
| Items: | 1 |
| Amount: | $5,840.00 |
| Batch ID: | 19791274810 |
| Account ID: | |
| Acct Num: | 5950 |
| AuxOnUs: | 1612850326 |

Deposit Amount $5,840.00 Date 1/2/2024

---

**Remote Deposit**                                      Credit

Treasury Management
*Mobile Micro Business Capture EAST TEXAS*
300 E Whaley ST
Longview, Texas 75601
903-237-5500

| | |
|---|---|
| Date: | 1/8/2024 |
| Items: | 1 |
| Amount: | $2,960.00 |
| Batch ID: | 19853914930 |
| Account ID: | |
| Acct Num: | 5950 |
| AuxOnUs: | 1617678426 |

Deposit Amount $2,960.00 Date 1/8/2024

---

**Remote Deposit**                                      Credit

Treasury Management
*Mobile Micro Business Capture EAST TEXAS*
300 E Whaley ST
Longview, Texas 75601
903-237-5500

| | |
|---|---|
| Date: | 1/8/2024 |
| Items: | 1 |
| Amount: | $4,080.00 |
| Batch ID: | 19853914954 |
| Account ID: | |
| Acct Num: | 5950 |
| AuxOnUs: | 1617680702 |

Deposit Amount $4,080.00 Date 1/8/2024

---

**Remote Deposit**                                      Credit

Treasury Management
*Mobile Micro Business Capture EAST TEXAS*
300 E Whaley ST
Longview, Texas 75601
903-237-5500

| | |
|---|---|
| Date: | 1/11/2024 |
| Items: | 1 |
| Amount: | $9,990.00 |
| Batch ID: | 19878386238 |
| Account ID: | |
| Acct Num: | 5950 |
| AuxOnUs: | 1620071578 |

Deposit Amount $9,990.00 Date 1/11/2024

---

**Remote Deposit**                                      Credit

Treasury Management
*Mobile Micro Business Capture EAST TEXAS*
300 E Whaley ST
Longview, Texas 75601
903-237-5500

| | |
|---|---|
| Date: | 1/18/2024 |
| Items: | 1 |
| Amount: | $1,680.00 |
| Batch ID: | 19918664314 |
| Account ID: | |
| Acct Num: | 5950 |
| AuxOnUs: | 1624476662 |

Deposit Amount $1,680.00 Date 1/18/2024

---

**Remote Deposit**                                      Credit

Treasury Management
*Mobile Micro Business Capture EAST TEXAS*
300 E Whaley ST
Longview, Texas 75601
903-237-5500

| | |
|---|---|
| Date: | 1/19/2024 |
| Items: | 1 |
| Amount: | $252.18 |
| Batch ID: | 19929005650 |
| Account ID: | |
| Acct Num: | 5950 |
| AuxOnUs: | 1625678322 |

Deposit Amount $252.18 Date 1/19/2024

---

EAST TEXAS MACHINING & MANUFACTURING LLC                1001
DEBTOR IN POSSESSION CASE#23-60629
11814 CR 4198 D HENDERSON, TX 75654    DATE 12-29-23

PAY TO THE
ORDER OF  Automatic Technologies        $199.22

One hundred ninety-nine dollars and 22/100    DOLLARS

TEXAS BANK AND TRUST

MEMO  Inv# AT15627          Melody Doss

Check 1001 Amount $199.22 Date 1/30/2024

---

EAST TEXAS MACHINING & MANUFACTURING LLC                1002
DEBTOR IN POSSESSION CASE#23-60629
11814 CR 4198 D HENDERSON, TX 75654    DATE 12/29/23

PAY TO THE
ORDER OF  Corbet Hall        $3846.15

Three thousand, eight hundred, forty-six + 15/100    DOLLARS

TEXAS BANK AND TRUST

MEMO  Payroll dot ending  12/08/08      Melody Doss

Check 1002 Amount $3,846.15 Date 1/2/2024

---

EAST TEXAS MACHINING & MANUFACTURING LLC                1003
DEBTOR IN POSSESSION CASE#23-60629
11814 CR 4198 D HENDERSON, TX 75654    DATE 1/8/24

PAY TO THE
ORDER OF  Chuck Shaw        $450.00

Four hundred fifty and no/100    DOLLARS

TEXAS BANK AND TRUST

MEMO  Storage rental Jan 2024      Melody Doss

Check 1003 Amount $450.00 Date 1/10/2024

**Texas Bank and Trust**
815950

EAST TEXAS MACHINING & MANUFACTURING LLC                    1006
DEBTOR IN POSSESSION CASE#23-60629 DATE  1/8/24
13864 CR 4196 D HENDERSON, TX 75654

PAY TO THE
ORDER OF  *Rusk County Tax Ac* nisha tarrin  | $ 1850.00

*eighteen hundred fifty + no/100* _____ DOLLARS

**A TEXAS BANK AND TRUST**
MEMO 1219678-0-99D0020-D              *Melody Dos*

1006 1:111923238:    '5950"

Check 1006 Amount $1,850.00 Date 1/23/2024

0004035

6250TEXAS

8236D0OX.002